I am: me, as Authorized Representative for
SHANE C. BUCZEK, or any derivative thereof
in care of: 7335 Derby Road
Derby, New York, America
Non Domestic without the US

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK
BUFFALO DIVISION

| UNITED STATES OF AMERICA | § | CASE NO. 08-CR-054 |
|---|---|---|
| | § | CASE NO. 09-CR-121 |
| **Plaintiff** | § | CASE NO. 09-CR-141 |
| | § | |
| v. | § | NOTICE OF MISTAKE WITH |
| | § | AFFIDAVIT IN SUPPORT |
| SHANE CHRISTOPHER BUCZEK | § | ACCEPTANCE, FORGIVENESS |
| | § | AND REQUEST FOR |
| **Defendant** | § | FORGIVENESS, |
| | § | MEMORANDUM OF LAW |

I am: me, a living, breathing man, created in the image and likeness of Almighty God, and, according to the scriptures, the Holy Bible, bought with His blood, slave to Jesus the Christ, my Master and Saviour. I come before the court, humbly and with respect, to give the following notice of mistake with an affidavit in support, and further, and most importantly, I come before the court forgiving any and all involved; I unconditionally grant waiver, release without consideration, and forgiveness for and from all that has been done.

As a man of God, believing the scripture is the Word of God, the scriptural commands and authorities having precedent in my life, I am heeding the words found in Matthew 5:25: *"Agree with your adversary quickly, while you are on your way to court with him, lest the adversary turn you over to the judge, the judge turn you over to the officer, and the officer cast you into prison."* I would also ask that the court take

mandatory judicial notice of the scriptural story of forgiveness found in Matthew 18: 21-35. (see Memorandum of Law)

Further, I have no money, and no means of resolving the issues herein financially. I ask the court's forgiveness in this as well.

In the past, because of my own misplaced understanding and mistaken confidence, I have acted in a way that was offensive and perhaps have broken, unintentionally, some of man's laws. It was not my intention to do so and the same was a mistake. I come here to apologize and seek forgiveness from each and every person I have wronged.

Your honor, will you forgive me?

FURTHER, I am saith not.

Respectfully submitted,

*/signature/*

Authorized Representative for:
SHANE C. BUCZEK

## AFFIDAVIT OF MISTAKE IN SUPPORT

I am: me, a living, breathing man, created by the Hand of Almighty God. I come with first-hand knowledge of the facts herein and state that the facts herein are the truth, the whole truth, and nothing but the truth and as stated in the scripture, my yeas are my yeas and my nays are my nays, so help me God:

1) I made a mistake in the past by acting with misplaced confidence and mental inadvertence, not understanding that in order to serve my Creator, I have to first love others as myself; and

2) These mistakes compounded in my thinking and clouded my better judgment as to what was the proper way to handle these and other matters regarding my commercial affairs; and

3)  I now know that I should have acted differently and made better decisions, and asked forgiveness of those that I trespassed against; and

4)  Because of these mistakes and my lack of understanding of money, want, and need, as well as my lack of knowledge and understanding of God's law in its relationship to man's law, I made decisions and took other actions that I now know to be a mistake; and

5)  Because I did not know that then, but I do know that now, I ask forgiveness for all I have done wrong and ask forgiveness from all whom I have wronged; and

6)  I apologize and ask forgiveness for these actions and mistakes.

FURTHER, I saith not.

_____
I am: me

county of Erie      :
                    :  ss.
state of New York   :

On, November 18th, 2009 before me, _Shane C Buczek_, Notary Public, personally appeared the authorized representative for SHANE C. BUCZEK, who proved to me on the basis of satisfactory evidence that he executed the same in his authorized representative capacity, and that he affixed his signature thereby.

WITNESS my hand and official seal.   _Linda M. Potwora_
                                       Signature

Seal

LINDA M. POTWORA
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
MY COMMISSION EXPIRES FEB. 28, 20__

MEMORANDUM OF LAW

Matthew 5:25: "Agree with thine adversary quickly, while you are on your way to court with him, lest the adversary turn you over to the judge, the judge turn you over to the officer, and the officer cast you into prison."

Matthew 6:12, 14-15  "Forgive us our debts (trespasses) as we forgive our debtors, (those who trespass against us). For if you forgive men their trespasses, your heavenly Father will also forgive you. But if you forgive not men their trespasses, neither will your Father forgive your trespasses."

Matthew 18:21-35 "Then came Peter to him, and said, Lord, how oft shall my brother sin against me, and I forgive him? till seven times? Jesus said unto him, I say not unto you, until seven times: but, until seventy times seven. Therefore is the kingdom of heaven likened unto a certain king, which would take account of his servants. And when he had begun to reckon, one was brought unto him, which owed him ten thousand talents, but

*forasmuch as he had not to pay, his lord commanded him to be sold, and his wife, and children, and all that he had, and payment to be made. The servant therefore fell down, and worshipped him, saying, Lord, have patience with me, and I will pay you all. Then the lord of that servant was moved with compassion, and loosed him, and forgave him the debt. But the same servant went out, and found one of his fellowservants, which owed him an hundred pence: and he laid hands on him, and took him by the throat, saying, Pay me that you owest. And his fellowservant fell down at his feet, and begged him, saying, Have patience with me, and I will pay you all. And he would not: but went and cast him into prison, till he should pay the debt. So when his fellowservants saw what was done, they were very sorry, and came and told unto their lord all that was done. Then his lord, after that he had called him, said unto him, O you wicked servant, I forgave you all that debt, because you asked me: Should not you also have had compassion on your fellowservant, even as I had pity on you? And his lord was wroth, and delivered him to the tormentors, till he should pay all that was due unto him. So likewise shall my heavenly Father do also unto you, if you from your hearts forgive not every one his brother their trespasses."*

Mark 11:25-26  *"And when you stand praying, forgive, if you have ought against any: that your Father also which is in heaven may forgive you your trespasses. But if you do not forgive, neither will your Father which is in heaven forgive your trespasses."*

Luke 6:27-38  *"But I say unto you which hear, Love your enemies, do good to them which hate you, Bless them that curse you, and pray for them which despitefully use you. And unto him that smiteth you on the one cheek offer also the other; and him that taketh away your cloak forbid not to take your coat also. Give to every man that asks of you; and of him that takes away your goods ask them not again. And as you would that men should do to you, do you also to them likewise. For if you love them which love you, what thanks have you? for sinners also love those that love them. And if you do good to them which do good to you, what thanks have you? for sinners also do even the same. And if you lend to them of whom you hope to receive, what thanks have you? for sinners also lend to sinners, to receive as much again. But love you your enemies, and do good, and lend, hoping for nothing again; and your reward shall be great, and you shall be the children of the Highest: for he is kind unto the unthankful and to the evil. Be you therefore merciful, as your Father also is merciful. Judge not, and you shall not be judged: condemn not, and you shall not be condemned: forgive, and you shall be forgiven. Give, and it shall be given unto you; good measure, pressed down, and shaken together, and running over, shall men give into your bosom. For with the same measure that you mete withal it shall be measured to you again."*

Luke 17:3-4  *"Take heed to yourselves: If your brother trespass against you, rebuke him; and if he repents, forgive him. And if he trespass against you seven times in a day, and seven times in a day turn again to you, saying, I repent; you shall forgive him."*

Colossians 3:13  *"Forbearing one another, and forgiving one another, if any man have a quarrel against any: even as Christ forgave you, so also do you."*

## **CERTIFICATE OF SERVICE**

  On this the _____ day of November, 2009, a true and correct copy was personally delivered to the Clerk of the Court and opposing counsel by hand delivery.

_____