UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

09-CR-121-S, 09-CR-141-S, 08-CR-054-S

SHANE C. BUCZEK, a US Trust

Petitioner,

v.

UNITED STATES OF
AMERICA,

**Judicial Notice to Dismiss for Constitutional Violations of the 5th, 6th, 14th AMENDMENTS & DUE PROCESS CLAUSE FRAUD UPON THE COURT COUNTERFEIT & FORGED SECURITIES VIOLATIONS COURT LACKS SUBJECT MATTER JURISDICTION FOR NUMEROUS REASONS ENUMERATED HEREIN**

## JUDICIAL NOTICE TO DISMISS FOR CONSTITUTIONAL VIOLATIONS OF THE 5TH, 6TH, 14TH AMENDMENTS & DUE CLAUSE FRAUD UPON THE COURT COUNTERFEIT & FORGED SECURITIES VIOLATIONS COURT LACKS SUBJECT MATTER JURISDICTION FOR NUMEROUS REASONS ENUMERATED HEREIN

Petitioner Buczek moves this court to take mandatory judicial notice under Federal Rules of Evidence, Rule 201(f), that a fraud is upon the court wherein the court knowingly is engaged and dealing with counterfeit and forged securities instruments and dismissal of all three indictments **09-CR-121-S, 09-CR-141-S, 08-CR-054-S,** be immediately dismissed with prejudice.

The Court and its officers and government actors are hereby put on NOTICE & DEMAND pursuant to alleged valid Title 18 USC § 4, of the commission of crimes cognizable by a court of the United States under alleged valid Title 18 USC §513 to wit: 513(a) Whoever makes, utters or possesses a counterfeited security of a State or a political subdivision thereof or of an organization, or whoever makes, utters or possesses a forged security of a State or political subdivision thereof or of an organization, with intent to deceive another person, organization, or

1

government shall be fined not more than $250,000 or imprisoned not more than the 5-10 years, or both". See also Section 2311, 2314 and 2320 for additional fines and sanctions. Among the securities defined at alleged valid 18 USC §2311 is included "evidence of indebtedness" which, in a broad sense, may mean anything that is due and owing which would include a duty, obligation or right of action.

The referenced documents at **bottom of this Petition**, qualify as "counterfeited securities" in that they have been officially signed and sealed as valid claims of a duty, obligation or right of action owed by Shane Christopher Buczek to the United States of America by the following: (1) True bill of indictment in cases; (2) Judgment in bank fraud case No 09-CR-121-S., and plea agreement(s) in cases #09-CR-141-S and # 09-CR-054-S (3) Orders by Judge William M. Skretny. All the above referenced documents are counterfeit securities because they do not evidence both the valid criminal statutes(s) and the enforcement regulation(s) as required by law. Furthermore, the above referenced documents are counterfeit securities because there was not a proper Constitutionally seated quorum 218 members of Congress when the USC Title 18, Public Law 80-772 was allegedly passed. In addition, USC Title 18, Public Law 80-772 was not placed into the Federal Registry for 30 days as required by law. It is in violation of the Federal Registry Act and The Administrative Procedures Act.

Congress has enacted five specific mandatory protections to prevent the unlawful imposition of the criminal code upon non-regulated activities, to wit: the Regulation must enforce (put into force) the specific statute of the Department of Justice. Since regulations may be directive (voluntary) or mandatory, the CFR Parallel Table of Authorities lists the enforcement (mandatory) federal regulation; all others are directory and may be ignored.

That body of law which codifies all federal laws including income, estate, stamp, gift, excise, taxes, bank fraud, etc. Such laws comprise the alleged Title 18 United States Code, and should have been implemented by the Code of Federal Regulations and are therefore void for a lack of implementation.

Pursuant to the Department of Justice "regulations for the enforcement of this title", and in the case of Shane Christopher Buczek, DOJ has no authority of law, which would allow them to place into evidence an "indictment" Form, pursuant to alleged valid USC Tile 18. This procedure is only allowed under the federal criminal law procedure where there exists a contract and registration by application for the special privilege of being allowed to operate in that jurisdiction, and therefore a judgment procedure is allowed. If one checks the manuals from the government printing office you will find under Title 18 CFR, "Federal Regulations" that **none** exists. See …cite; United States v. Mersky 361 US 431; Hotch V. United States, 212 F.2d 280, 283, This cannot be mixed with any other  matters of procedure because that would make law "arbitrary and capricious".

Perhaps this point is more strongly made in California Banker's Assoc. v Schultz, 416 US 21; 38 L.Ed. 2d 820, where the government argued: "We think it important to note that the Act's civil and criminal penalties attached only violation of regulations promulgated by the Secretary: if the Secretary were to do nothing, the Act itself would impose no penalties on anyone. And at 830 L. Ed. 2d: "… the actual implementation of the statute by the Department of Justice Regulation. The Government urges that since only those who violate these regulations may incur civil or criminal penalties, it is the actual regulations issued by the Department of Justice,

3

and not the broad authorizing language of the statute, which are to be tested against the Fourth Amendment; and that when so tested they are not valid."

In order for the statute to be valid, it has to have the corresponding federal regulations supporting it. It is required by law among other things that a law passed by Congress must appear in the Federal Registry for 30 days in order for the Public to make comments about it and or redress any grievances they may have about said law to their government. In addition, the law after passage thereafter becomes codified with supporting regulations called the Code of Federal Regulations. "Once promulgated, these regulations, called for by the statute itself, have the force of law, and violations thereof incur criminal prosecutions, just as if all the details had been incorporated into the congressional language." **"The result is that neither the statute nor the regulations are complete without the other, and only _together_ do they have any force. In effect, therefore, the construction of one _necessarily_ _involves_ the construction of the _other_."** [Emp. added] 361 US 431 United States v. Mersky, 80 S.Ct. 459, 4 L.Ed.2d 423 Without either of these Two Constitutional steps, ie: (1) the placing of the passed law into the Federal Registry for 30 days and (2) after its passage the law becomes codified with supporting regulations called the Code of Federal Regulations, the Act or Law becomes void on its face. Additionally, as the Supreme Ct. stated above in the Mersky case, there is the necessity of having both the statute and the regulation and only together do they have any legal force or effect. In the instant case, there is an absence of Title 18, Public Law 80-772; being placed into the Federal Registry and the Constitutionally mandated supported Code of Federal Regulations undergirding the statute. As stated in the paragraph below, the court in Hotch. V. United States, 212 F.2d 280, 283 declares that, ... "if the rule itself is not published, it follows that it has not been issued; and if a rule has not been issued, it has no force as law."

4

Also, there is a further constructive fraud being perpetrated against Petitioner in that USC Title 18 has never been put into Federal Registry for 30 days as required by law and is therefore in violation the Federal Registry Act and The Administrative Procedures Act. Thusly, Title 18, section 1344, nor its penalty provision section, 3231 is valid, as the government and court lack subject matter jurisdiction against Petitioner.

The Petitioner, Buczek is also forced to commence a further suit dealing with the violations of Securities Fraud being committed by this court and government actors and is compelled by TITLE 18, § 4. **Misprision of felony** to report these crimes. It is a fact that this court is aware that all cases, etc., are being converted to securities to be bought and sold on the stock market (and other venues) by and through insurance companies, etc. (Details and motion of this issue listed below).

Additionally, USC Title 18, Public Law 80-772 has never been properly ratified by a Constitutionally seated quorum furthering the lack of subject matter jurisdiction over said Petitioner. (See below attached letter from the Head of Bureau of Prisons, Harley G. Lappin Letter)

**From:** "Harley G. Lappin" <harley.lappin@usdoj.gov>

**Sent:**   Monday, July 27, 2009 3:17 PM

Page 1 of 1



   Attention all Department Heads, there has been a large volume of inmate Requests for Administrative Remedies questioning the validity of the Bureau's authority to hold or classify them under 18 U.S.C. §§ 4081, et seq., (1948). On the claim that Public Law 80-772 was never passed or signed in the presence of a Quorum or Majority of both Houses of Congress as required by Article I, § 5, Clause 1 of the Constitution. Although most courts have, thusfar, relied on Field v. Clark, 143 U.S. 649(1892) to avoid ruling on the merits of these claims, however,

there have been some which have stated that they were not bound by the Field case, but those cases did not involve any Quorum Clause challenge. So out of an abundance of caution, I contacted the Office of Legal, Counsel, the National Archives and the Clerk of the House of Representatives to learn that there is no record of any quorum being present during the May 12, 1947 vote on the H.R. 3190 Bill in the House (See 93 Cong.Rec. 5049), and the record is not clear as to whether there was any Senate vote on the H.R. 3190 Bill during any session of the 80th Congress. There is only one Supreme Court case that says in order for any bill to be valid the Journals of both Houses must show that it was passed in the presence of a Quorum. See United States v. Ballin, Joseph & Co., 144 U.S. 1, 3 (1892). The Clerk of the House states that the May 12, 1947 vote was a 'voice vote,' but the Parliamentarian of the House states that a voice vote is only valid when the Journal shows that a quorum is present and that it's unlawful for the Speaker of the House to sign any enrolled bill in the absence of a quorum. On May 12, 1947, a presence of 218 Members in the hall of the House was required to be entered on the Journal in order for the 44 Member 38 to 6 voice vote to be legal. It appears that the 1909 version of the Federal Criminal Code has never been repealed. Therefore, in essence, our only true authority is derived from the 1948 predecessor to Public Law 80-772. "Although adjudication of the constitutionality of congressional enactments has generally been thought to be beyond the jurisdiction of federal administrative agencies, this rule is not mandatory," according to the Supreme Court in the case of Thunder Basin Coal Co. v. Reich, 510 U.S. 200, 215 (1994). Therefore, the Bureau under the advise of the Legal Counsel feels that it is in the best interest of public safety to continue addressing all of these Administrative Remedy Requests by stating that only the Congress or courts can repeal or declare a federal statute unconstitutional.



Harley G. Lappin Director, Federal Bureau of Prisons

As you can see from the letter above from the head of the BOP, there was not a proper

Constitutionally seated **quorum** of Congress that made Title 18, Public Law 80-772 and its

connecting sections valid. This is Prima Facie evidence from the governments own research arm

and departments that Title 18, Public Law 80-772 is wholly unconstitutional. This further proves

that there is a constructive Fraud being perpetrated on said Petitioner and underlines the fact that

the above orders and indictments are counterfeit securities and therefore void of any force or

effect of law. There is therefore no <u>subject matter jurisdiction</u> of this court over Petitioner

Buczek. Where a court and its actors lack subject matter jurisdiction in a case, their cloak of

immunities do not attach and therefore they may be subject to civil and/or criminal penalties.

It is obvious that the whole action in the case of United States of America and AUSA Anthony Bruce and Mary C. Baumgarten vs. Shane Christopher Buczek Respondent is predicated upon the use of the statute in Department of Justice as stated on page 1 of the Counterfeit Security Petition to Enforce United States of America Indictments.  Since the Federal Register 2008 CFR Index, Statute and CFR Table of Authorities shows that there is no Enforcement Regulations pursuant to Title 18 USC nor Judicial Proceedings  Enforcement Regulations promulgated pursuant to the power and authority of 27 CFR Part 70 (Alcohol, Tobacco and Firearms), then it is clear that unless the acts and actions of the above named Government agents is predicated upon some material facts that show that Shane Christopher Buczek is engaged in criminal activities pursuant to 27 CFR Part 70, the acts and actions of the above named Government agents and officials are once again based upon false premises and Counterfeit Securities.

Shane Christopher Buczek is NOT engaged in criminal activities under 27 CFR Part 70 within reason and belief. Therefore, it is reasonable to presume that The indictment; the Declaration of AUSA Anthony Bruce, the Petition to enforce indictment; and the Judge's Orders are all Counterfeit Securities designed to perpetrate a constructive fraud upon Shane Christopher Buczek.

It is clear from the actions of the above named Government agents that they have acted above and beyond their scope of authority by placing into the public record unsubstantiated claims against Shane Christopher Buczek which they knew or should have known to be false because said claims were required by law to convey subject matter jurisdiction for the particular

regulated activity that is being alleged to have created a duty, obligation or right of action to the United States of America.

The orders signed by judge Skretny on (dates see below) are a fraud and counterfeit securities claimed to be issued under the authority of the Department of Justice. It does not list valid statutory or the regulatory CFR authority even though both are required by law to identify the particular regulated activity that Shane Christopher Buczek is alleged to be engaged in, thus the instrument is counterfeit.

The Affidavit signed by Scott Kawski and Barry Horton on 8/12/09 under penalty of perjury, and the actions and order thereafter are totally false and a constructive fraud since none of the information constitutes prime facie evidence unless the enforcement regulations that identify the particular type of activity being reported is also placed into evidence. There simply are no evidentiary facts here. Mr. Bruce mislead Mr. Kawski and Mr. Horton and has lied and further perpetrated a constructive fraud as he has not identified any regulated activity concerning Shane Christopher Buczek and their affidavit is a counterfeit security.

The Petition to Enforce bail violation signed by Mr. Kawski and Barry Horton on 8/12/09 and presumed to be under oath is also totally false and a constructive fraud. Mr. Bruce has made a very feeble attempt to justify his actions by placing into evidence the bail violation. This is a moot issue because it also requires the evidence of the CFR regulation for the particular type of criminal conduct which doesn't exit. Mr. Kawski and Mr. Horton's bail violation therefore is a counterfeit security.

The judgment that may be signed by Judge William M. Skretny on 11/5/10 will also a counterfeit security. The Judge knew because of the motions filed into the court by Petitioner

8

that the indictment(s) did not contain both valid statutes and the valid regulations required by law to impose a duty or obligation upon Shane Christopher Buczek. The Judge also knew because of the motions filed into the court that USC Title 18, Public Law 80-772 was not a valid Act in that a proper Constitutional seated **Quorum** of Congress was not present in the alleged passing of the Act, thusly violating the **Quorum Clause** of the Constitution. The Judge also knew that USC Title 18, Public Law 80-772 was not placed into the Federal Registry for 30 days and is void of the supporting CFR regulations to validate said Act. It would be impossible for Shane Christopher Buczek to prove he did not engage in some activity that is in interstate commerce when the Government and the above named Government agents have not alleged or produced evidence that Shane Christopher Buczek has engaged in interstate commerce activity under the statutes and CFR Regulations of 27 CFR Part 70 associated with Title 18 USC. One cannot prove a negative. It is the duty and obligation for the Government to produce evidence of a positive. Therefore, the judgment to be signed by the Judge is a counterfeit security in that Shane Christopher Buczek cannot be made to show how he violated Title 18, wherein the CFR regulations which do not exit, pursuant to the evidence and instruments before the court in actions 08-cr-054-s, 09-cr-121-s, 09-cr-141-s in the Western District of New York District Court.

The Petitioner, Buczek is also forced to commence a further suit (See enclosed motion) dealing with the violations of Securities Fraud being committed by this court and is compelled by alleged TITLE 18, § 4. **Misprision of felony** to report these crimes. It is a fact that this court is aware that all cases, etc., are being converted to securities to be bought and sold on the stock market (and other venues) by and through insurance companies, etc. Once the original security note, bond, mortgage or document(s) is sold into the markets the only evidence left is a copy of the original document. Those "copies" are placed before the Administrative Courts by

9

prosecutors and court officials are accepting these "copies" as a true/original document.  The Administrative Courts and its officers know that these are "counterfeit" obligations and that forged and "counterfeit" documents are being placed before this Administrative Court in order to **"re-monetize"** them which is illegal. The real / original documents have already been placed into the securities exchange system for trade and commerce, and assigned CUSIP numbers (Federal Government Code, State code, County code, issuer, issue, check = Cusip Identifier). CUSIP numbers regulate the selling of securities under the Securities Act.  (See: **Petitioner's enclosed CUSIP numbers and securities on Exhibit A**) Once this is done the debt has been cleared and discharged. For any prosecutor or Administrative Office to **re-introduce** these same, now "counterfeit," securities before a court would be committing Fraud under 18 USC 471-474(A). The penalties for these felony violations include up to 10-40 years in prison. [18 USC § 894(a) states: "Whoever knowingly  participates in any way, or conspires to do so, in the use of any  extortionate means (1) to collect or attempt to collect any extension of credit, or (2) to punish any person for the non repayment thereof, shall  be fined under this title or imprisoned not more than 20 years, or both."] Also, these actions include the fraud of civil rights violations by bringing such claims (suits) "in fraud" just so these counterfeit securities can be traded. These actions are felonies and outright "securities fraud. There has been extortion and kidnapping of my credit and the engaging in monetary transactions in property derived from this unlawful activity. Having the enclosed "proof" that my credit was extorted and used without my knowledge or consent is like having the DNA trail lead right to the source, and in this case, the source is the Court, and all the government actors, AUSA's , various govt. agencies and the U.S. Attorney himself. This is also called stock market manipulation and violates all applicable "anti-trust" laws. It is also a fact that the converted "copies" of these securities by the courts also go

10

through the State Comptroller and the Comptroller of Currency of the United States to disperse the funds once they go through the money laundering stage. Through this scheme, the Comptroller can now legally produce grant money to the government. This is this Petitioner's short version of a very long story. This applies on all cases including - **IRS, MORTGAGES, CREDIT CARDS, CRIMINAL CASES, TRAFFIC TICKETS, CHILD SERVICES, ETC**. The Petitioner, Buczek has given this court, through this filing, a number of ways to settle this dispute and has explained why the Administrative system has created a syntax, and statutory language, fraud on the people, and why the Administrative Court refuses to clarify any language.

**Shane Christopher Buczek is not and has not intended to be a federal State citizen or Resident as set forth and defined in the Buck Act, Title 4 USC §§105-110**. Shane Christopher Buczek does not support the federal international bankruptcy declared legislatively by HJR-192, passed by Congress in 1933 and declared judicially by the United States Supreme Court in Erie Railway v. Tompkins 1938. Shane Christopher Buczek does not support the federal 51 shadow States that have taken over the de jure state functions since the 1930's. Shane Christopher Buczek does not reside in nor has been a citizen or resident of the federal shadow State of New York. Shane Christopher Buczek does not live in the federal territory of the Western District of New York, a federal area created out of thin air by the Buck Act and other legislation that has usurped power and authority from de jure Government.

Before any agent of the United States or one of the federal 51 shadow States created to impersonate the 50 de jure states (See definitions in 31 CFR Part. 1, Sections 51.2 and 52.2) acts upon the declared status of Shane Christopher Buczek, Sui Juris, as that of a "non-resident alien"

to the Corporate Federal "United States", such agent is directed to take Judicial Notice of St. Louis Park Medical Center v. Lethert, 286 F. Sup. 271 and 28 USC §2201.

All DOJ agents and United States Courts are thus barred from making a "status determination" with regard to federal statutes. Consequently, if DOJ agents and Courts are barred from declaring Shane Christopher Buczek, Sui Juris, a "U.S. citizen", this is prima facie evidence that the federal statutes do not apply. Wherefore, both DOJ agents and United States Courts lack jurisdiction and the declared status of the Accused must be accepted.

Shane Christopher Buczek is not a "person" as defined in alleged valid Title 18 USC §1344 as one upon whom the District Court has jurisdiction to bring an enforcement action and a judgment pursuant to alleged valid 18 USC 1344 defines the term "Person" to include "an officer or employee of a corporation, or a member or employee of a partnership, who as such officer, employee, or member is under a duty to perform the act in respect of which the violation occurs". Shane Christopher Buczek has no nexus to any regulation shown in the counterfeit securities presented by the Government agents herein.

**DEMAND is hereby made on the court, to NOTICE and act upon the above named Government employees, officials, and agents for creating, using and promoting fraudulent and counterfeit securities in a fraudulent scheme in order to solicit Shane Christopher Buczek by duress and coercion into participating in a scheme to collect from him in excess than those authorized by law in violation of alleged valid Title 18 USC 1344, alleged valid Title 18 USC 401(f)(1), and for violating alleged valid Title 18 USC 1001(a)(2), alleged valid Title 18 1028(a)(4), alleged valid Title 1542; for damages caused by agents, officers, and**

employees acting recklessly and intentionally in excess of statutory provisions and regulatory provisions of the alleged valid Title 18 USC.

Petitioner requests that the District Court judge to take mandatory judicial notice and answer this motion with a findings of fact and conclusions of law as required under 5 U.S.C. 557(c).

The referenced documents at **below**, qualify as **"counterfeited securities"** in that they have been officially signed and sealed as valid claims of a duty, obligation or right of action owed by Shane Christopher Buczek to the United States of America by the following:

**RE: USA v. Shane Christopher Buczek, 08-cr-054-s, 09-cr-121-s and 09-cr-141-s**

**United States District Court, Western District of New York, 68 Court Street Buffalo**

**New York America:**

(1) Counterfeit security indictments in the following cases;
    A. 08-cr-054-s DATE: MARCH 4, 2008
        PLEA DEAL March 25, 2010 William M. Skretny, Chief Judge

    B. 09-cr-121-s DATE: APRIL 21, 2009 Hon. H. Kenneth Schroeder, Jr., William M. Skretny, Chief Judge

    C. 09-cr-141-s DATE: MAY 7, 2009 Hon. H. Kenneth Schroeder, Jr.:
        PLEA DEAL March 25, 2010 William M. Skretny, Chief Judge

(2) Counterfeit security arrest warrants in three cases;

A. Case 08-cr-054-s

   1. Arrest Warrant Docket #1 March 7, 2008

   2. Arrest Warrant Docket # 51 August 28, 2008

   3. Arrest Warrant Docket # 90 February 9, 2009

   4. Arrest Warrant Docket # 145 October 19, 2009

B.) Case 09-cr-121-s

   1. Arrest Warrant Docket # 37 August 14, 2009

C.) Case 09-cr-141-s

   1. Arrest Warrant Docket #37 August 14, 2009

   2. Plea Agreement Docket #67 March 25, 2010

(3) Counterfeit Security Judge's Order s,

   A.) Case 08-cr-054-s

1. ORDER Docket # 5 March 18, 2008 Hon. H. Kenneth Schroeder Jr.

2. ORDER Docket # 6 March 21, 2008 Hon. H. Kenneth Schroeder Jr.

3. ORDER Docket # 10 March 24, 2008 Hon. H. Kenneth Schroeder Jr.

4. ORDER Docket # 12 March 26, 2008 Hon. H. Kenneth Schroeder Jr.

5. ORDER Docket # 13 March 26, 2008 Hon. H. Kenneth Schroeder Jr.

6. ORDER Docket # 23 April 16, 2008   Hon. H. Kenneth Schroeder Jr.

7. ORDER Docket # 24 April 16, 2008   Hon. H. Kenneth Schroeder Jr.

8. ORDER Docket # 29 May 8, 2008    Hon. H. Kenneth Schroeder Jr.

9. ORDER Docket # 32 May 13, 2008   Hon. H. Kenneth Schroeder Jr.

10. ORDER Docket # 48 August 7, 2008 Hon. H. Kenneth Schroeder Jr.

11. ORDER Docket # 54 August 21, 2008 Hon. H. Kenneth Schroeder Jr.

14

12. ORDER Docket # 53 August 22, 2008 Hon. H. Kenneth Schroeder Jr.

13. ORDER Docket # 62 September 5, 2008 Hon. H. Kenneth Schroeder Jr.

14. ORDER Docket # 63 September 5, 2008 Hon. H. Kenneth Schroeder Jr.

15. ORDER Docket # 64 October 1, 2008 Hon. H. Kenneth Schroeder Jr.

16. ORDER Docket # 72 October 30, 2008 Hon. H. Kenneth Schroeder Jr.

17. ORDER Docket # 86 January 12, 2009  Hon. H. Kenneth Schroeder Jr.

18. ORDER Docket # 89 January 20, 2009  Hon. H. Kenneth Schroeder Jr.

19. ORDER Docket # 95 May 1, 2009      Hon. H. Kenneth Schroeder Jr.

20. ORDER Docket # 96 June 15 2009     Hon. H. Kenneth Schroeder Jr.

21. ORDER Docket # 99 May 28, 2009     Hon. H. Kenneth Schroeder Jr.

22. ORDER Docket # 105 June 17, 2009   Hon. H. Kenneth Schroeder Jr.

23. ORDER Docket # 118 July 14, 2009   Hon. H. Kenneth Schroeder Jr.

24. ORDER Docket # 126 July 24, 2009   Hon. H. Kenneth Schroeder Jr.

25. ORDER Docket # 127 July 24, 2009   Hon. H. Kenneth Schroeder Jr.

26. ORDER Docket # 128 July 24, 2009   Hon. H. Kenneth Schroeder Jr.

27. ORDER Docket # 129 July 24, 2009   Hon. H. Kenneth Schroeder Jr.

28. ORDER Docket # 130 July 24, 2009   Hon. H. Kenneth Schroeder Jr.

29. ORDER Docket # 132 July 24, 2009   Hon. H. Kenneth Schroeder Jr.

30. ORDER Docket # 133 July 24, 2009   Hon. H. Kenneth Schroeder Jr.

31. ORDER Docket # 140 September 11, 2009 Hon. William M. Skretny

32. ORDER Docket # 141 September 30, 2009 Hon. William M. Skretny

33. ORDER Docket # 150 December 11, 2009 Hon. William M. Skretny

34. ORDER Docket # 152 December 21, 2009 Hon. William M. Skretny

35. ORDER Docket # 154 December 30, 2009 Hon. William M. Skretny

36. ORDER Docket # 155 December 30, 2009 Hon. William M. Skretny

37. ORDER Docket # 156 January 4, 2010   Hon. William M. Skretny

38. ORDER Docket # 157 January 11, 2010 Hon. William M. Skretny

39. ORDER Docket # 162 January 21, 2010 Hon. William M. Skretny

40. ORDER Docket # 168 February 16, 2010 Hon. William M. Skretny

41. ORDER Docket # 181 March 16, 2010 — Hon. William M. Skretny

42. ORDER Docket # 188 March 22, 2010 — Hon. William M. Skretny

43. ORDER Docket # 205 July 19, 2010 — Hon. William M. Skretny

44. ORDER Docket # 211 July 26, 2010 — Hon. William M. Skretny

45. ORDER Docket # 207 August 6,2010 — Judge William M. Skretny

46. ORDER Docket # 212 August 19,2010 — Judge William M. Skretny

B.) Case 09-cr-121-s

1. ORDER Docket # 3 May 6, 2009 Hon. H. Kenneth Schroeder Jr.

2. ORDER Docket # 5 May 28, 2009 Hon. H. Kenneth Schroeder Jr.

3. ORDER Docket # 6 June 9, 2009  Hon. H. Kenneth Schroeder Jr.

4. ORDER Docket # 10 June 17, 2009 Hon. H. Kenneth Schroeder Jr.

5. ORDER Docket # 31 September 11, 2009 Hon. William M. Skretny

6. ORDER Docket # 47 December 21, 2009 Hon. William M. Skretny

7. ORDER Docket #52 December 30, 2009 Hon. William M. Skretny

8. ORDER Docket # 53 December 30, 2009 Hon. William M. Skretny

9. ORDER Docket # 54 January 4, 2010 — Hon. William M. Skretny

10. ORDER Docket # 59 January 11, 2010 — Hon. William M. Skretny

11. ORDER Docket # 61 January 21, 2010 — Hon. William M. Skretny

12. ORDER Docket # 66 February 22, 2010 Hon. William M. Skretny

13. ORDER Docket # 72 February 26, 2010 Hon. William M. Skretny

14. ORDER Docket # 100 March 11, 2010 — Hon. William M. Skretny

15. ORDER Docket # 112 March 26, 2010 — Hon. William M. Skretny

16. ORDER Docket # 122 May 3, 2010 — Hon. William M. Skretny

17. ORDER Docket # 135 July 1, 2010 — Hon. William M. Skretny

18. ORDER Docket # 150 July 19, 2010 — Hon. William M. Skretny

19. ORDER Docket # 151 July 19, 2010 — Hon. William M. Skretny

20. ORDER Docket # 153 July 23, 2010 — Hon. William M. Skretny

21. ORDER Docket # 155 July 26, 2010    Hon. William M. Skretny

22. ORDER Docket # 169 August 19,2010  Judge William M. Skretny

23. ORDER Docket # 170 August 19,2010  Judge William M. Skretny

24. ORDER Docket # 171 August 20,2010  Judge William M. Skretny

C.) Case 09-cr-141-s

   1. ORDER Docket # 3 May 15, 2009 Hon. H. Kenneth Schroeder Jr.

   2. ORDER Docket # 5 May 28, 2009 Hon. H. Kenneth Schroeder Jr.

   3. ORDER Docket # 6 June 9, 2009  Hon. H. Kenneth Schroeder Jr.

   4. ORDER Docket # 10 June 17, 2009 Hon. H. Kenneth Schroeder Jr.

   5. ORDER Docket # 25 June 27, 2009 Hon. H. Kenneth Schroeder Jr.

   6. ORDER Docket # 26 June 27, 2009 Hon. H. Kenneth Schroeder Jr.

   7. ORDER Docket # 27 June 27, 2009 Hon. H. Kenneth Schroeder Jr.

   8. ORDER Docket # 27 June 27, 2009 Hon. H. Kenneth Schroeder Jr.

   9. ORDER Docket # 33 September 11, 2009 Judge William M. Skretny

10. ORDER Docket # 45 December 21, 2009 Judge William M. Skretny

11. ORDER Docket # 47 December 30, 2009 Judge William M. Skretny

12. ORDER Docket # 48 December 30, 2009 Judge William M. Skretny

13. ORDER Docket # 49 January 4, 2010    Judge William M. Skretny

14. ORDER Docket # 50 January 11, 2010   Judge William M. Skretny

15. ORDER Docket # 51 January 21, 2010   Judge William M. Skretny

16. ORDER Docket # 55 February 16, 2010  Judge William M. Skretny

17. ORDER Docket # 82 July 19, 2010      Judge William M. Skretny

18. ORDER Docket # 83 July 19, 2010      Judge William M. Skretny

19. ORDER Docket # 86 July 23, 2010      Judge William M. Skretny

20. ORDER Docket # 87 July 26, 2010      Judge William M. Skretny

21. ORDER Docket # 88 July 26, 2010      Judge William M. Skretny

22. ORDER Docket # 85 July 25, 2010      Judge William M. Skretny

23. ORDER Docket # 93 August 6, 2010     Judge William M. Skretny

24. ORDER Docket # 98 August 19, 2010    Judge William M. Skretny

I, Shane Christopher Buczek, declare under penalties of perjury under the laws of these United States of America that the foregoing is true and correct to the best of my knowledge, is made in good faith and is admitted if not rebutted.

**I certify that the facts stated herein are true and correct under the penalty of perjury as provided by 28 USC Section 1746, that I am over the age of 18, and that I have firsthand knowledge of the facts stated herein.**

In Trust,  *friend of the Court*

BY: *Shane-Christ*

shane-christopher:buczek
as third party intervener and
Grantor/Beneficiary for:
SHANE C. BUCZEK a US TRUST
All rights reserved Without Prejudice
Without recourse  UCC 1-308

**ALL RIGHTS RESERVED UCC 1-308**

| State of New York | ) | <u>**Acknowledgement**</u> |
| | ) | Sworn and Subscribed: |
| County of Erie | ) | for verification purposes only |

SUBSCRIBED AND SWORN TO before me by shane-christopher the living soul, known to me or proven to me to be the real man signing this document this _2ND_ day of September 2010 WITNESS my hand and official seal.

_____
NOTARY PUBLIC

Ciro LaCorte (Seal)
Notary Public, State of New York
Qualified in Erie County TE
My Commission Expires March 30, 2008 '/ Y'

**Notice** Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

18

Exhibits Attached thereto:

(1) Counterfeit Security indictments

(2) Counterfeit Security Judge's Order – See Above

(3) Exhibit A Petitioner's CUSIP Numbers with Fidelity Mutual Fund for all 3 cases (See below)

(4) Motion into District Court on **PETITION TO SETTLE THE DISPUTE WITH FACTS AND LAW AND ORDER FOR THE FEDERAL OR STATE COMPTROLLER TO SETTLE THE ALLEGED DEBT**

# (3)

Quotes >

## Symbol Lookup

( ? HELP )

Please enter search criteria for the stock, mutual fund, index, or annuity you want to lookup:

Search for: [ Mutual Fund ▼ ]  by: [ Security Name ▼ ]

Search Value: [ 08cr54 ]   Search   Reset

Click symbol for detailed quote:

| NAME | SYMBOL | CUSIP | FUND NUMBER |
|------|--------|-------|-------------|
| FIDELITY SELECT ELECTRONICS PT | FSELX | 316390863 | 8 |

This information is provided for information purposes only and should not be used or construed as an indicator of future performance, an offer to sell, a solicitation of an offer to buy, or a recommendation for any security. Fidelity can not guarantee the suitability or potential value of any particular investment.

**Fidelity** INVESTMENTS

Quotes >

## Symbol Lookup

( ? HELP )

Please enter search criteria for the stock, mutual fund, index, or annuity you want to lookup:

Search for: [ Mutual Fund ▼ ]  by: [ Security Name ▼ ]

Search Value: | 09-cr-00121 | Search | Reset

Click symbol for detailed quote:

| NAME | SYMBOL | CUSIP | FUND NUMBER |
|---|---|---|---|
| FIDELITY SELECT CONSUMER STAPLES | FDFAX | 316390848 | 9 |

This information is provided for information purposes only and should not be used or construed as an indicator of future performance, an offer to sell, a solicitation of an offer to buy, or a recommendation for any security. Fidelity can not guarantee the suitability or potential value of any particular investment.

**Fidelity** INVESTMENTS

©Copyright 1998-2008 FMR LLC.
All rights reserved.
Terms of Use.

Quotes >

## Symbol Lookup

( ? HELP )

Please enter search criteria for the stock, mutual fund, index, or annuity you want to lookup:

Search for: | Mutual Fund ▼ | by: | Security Name ▼ |

Search Value: | 09-cr-00141 | Search | Reset

Click symbol for detailed quote:

| NAME | SYMBOL | CUSIP | FUND NUMBER |
|---|---|---|---|
| FIDELITY SELECT CONSUMER STAPLES | FDFAX | 316390848 | 9 |

This information is provided for information purposes only and should not be used or construed as an indicator of future performance, an offer to sell, a solicitation of an offer to buy, or a recommendation for any security. Fidelity can not guarantee the suitability or potential value of any particular investment.

**Fidelity** INVESTMENTS

By way of service on a judicial filing in the United States District Court for the Western District of New York, Case Number 09-cr-141-s, 09-cr-121-s, 08-cr-054-s.

**CERTIFICATE OF SERVICE**

On this the ___ day of September 2010, a true and correct copy was personally delivered to the Clerk for cases **09-CR-121-S, 09-CR-141-S, 09-CR-054-S** for the Court to take Mandatory Judicial Notice and Motion **for Relief Due to Constitutional Violations of the 5th, 6th, 14th Amendments and Due Process Clause in that: JUDICIAL NOTICE TO DISMISS FOR CONSTITUTIONAL VIOLATIONS OF THE 5TH, 6TH, 14TH AMENDMENTS & DUE CLAUSE FRAUD UPON THE COURT COUNTERFEIT & FORGED SECURITIES VIOLATIONS COURT LACKS SUBJECT MATTER JURISDICTION FOR NUMEROUS REASONS ENUMERATED HEREIN and the clerk will serve AUS ATTORNEY ANTHONY BRUCE BY ELECTRIC FILING**

Copies to:

**Petition To:**
Commandant (G-OPL)
U.S. Coast Guard
2100 2nd St. SW
Washington, DC 20593-0001
**CERTIFIED MAIL 7007 0710 0001 5486 3959**

**SEC Headquarters**
100 F Street, NE
Washington, DC 20549
(202)942-8088
**CERTIFIED MAIL 7007 0710 0001 5486 3805**

**New York Regional Office**
George S. Canellos, Regional Director
3 World Financial Center, Suite 400
New York, NY 10281-1022
CERTIFIED MAIL 7007 0710 0001 5486 3829

**U.S. DEPARTMENT OF JUSTICE
CIVIL RIGHTS DIVISION,TORT BRANCH
FEDERAL TORT CLAIM ACT STAFF
BOX 888 BENJAMIN FRANKLIN STATION
WASHINGTON,D.C. 20044**
CERTIFIED MAIL 7008 0500 0000 1083 2499

21

**Universal Postal Union**
**International Bureau**
Case postal
3000 BERNE 15
SWITZERLAND   Tel.: +41 31 350 31 11
Fax: +41 31 350 31 10
**REGISTERED MAIL RR 353 687 385 US**

**SECURITIES & EXCHANGE COMM'N**
Betty Lopez (202) 942-4320 (A)
FOIA Officer
6432 General Green Way
Alexandria, VA 22312

**Secretary Janet Napolitano**
Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**Pope Benedit XVI**
00120 Vatican City State
EUROPE
REGISTERED MAIL RR 353 687 394 US



**Investigator Walter Benson**
**Kenneth May**
**Dianne Brennan**
F.O.I.A.
Depository Trust Company
55 Water Street
New York, New York 10041
Fax 212.855.8685
Phone 212.855.8698

**Patricia D. Harris**
F.O.I.A. /P.A. Section, Room 115 Loc
Justice Management Division
U.S. Department of Justice
Constitution Avenue and Tenth Street NW
Washington, D.C.   20530
Phone 301.436.1018
US FIRST MAIL

Eric Holder Jr.
United States Attorney General
Department of Justice
950 Pennsylvania Ave. NW
Washington, D. C. 20530
CERTIFIED MAIL 7008 0500 0000 1083 2505

§ 1583. Enticement into slavery | LII / Legal Info   http://www.law.cornell.edu/uscode/18/usc_sec_18_00001583----000



**Cornell University Law School**

# LII / Legal Information Institute

## U.S. Code

main page   faq   index   search



TITLE 18 > PART I > CHAPTER 77 > § 1583

## § 1583. Enticement into slavery

**(a)** Whoever—

**(1)** kidnaps or carries away any other person, with the intent that such other person be sold into involuntary servitude, or held as a slave;

**(2)** entices, persuades, or induces any other person to go on board any vessel or to any other place with the intent that he or she may be made or held as a slave, or sent out of the country to be so made or held; or

**(3)** obstructs, or attempts to obstruct, or in any way interferes with or prevents the enforcement of this section,

shall be fined under this title, imprisoned not more than 20 years, or both.

**(b)** Whoever violates this section shall be fined under this title, imprisoned for any term of years or for life, or both if—

**(1)** the violation results in the death of the victim; or

**(2)** the violation includes kidnaping, an attempt to kidnap, aggravated sexual abuse, an attempt to commit aggravated sexual abuse, or an attempt to kill.

**Ask A Lawyer Online.**
Get an Answer ASAP!

Donations cover only 20% of our costs.