Honorable court of record
IN THE UNITED STATES DISTRICT COURT
**FOR THE WESTERN DISTRICT OF NEW YORK**



| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　Plaintiff<br>V.<br><br>SHANE C. BUCZEK, a U.S. TRUST<br>　　　　　　　Defendant<br><br>shane-christopher: buczek,<br>as third-party intervener and Grantor / Beneficiary<br>　　　　　　　Petitioner | 1:08-CR00054-001<br>1:09-CR00121-001<br>1:09-CR00141-001<br><br>JUDICIAL NOTICE<br>Of INDICTMENTS SHALL RUN IN<br>THE NAME OF THE United States<br>Court to take Judicial<br>Notice under Federal Rules of<br>Evidence 201(f) |

### JUDICIAL NOTICE OF INDICTMENTS SHALL RUN IN THE NAME OF THE United States FROM THE NATIONAL ARCHIVES WASHINGTON, D.C. COURT TO TAKE JUDICIAL NOTICE UNDER FEDERAL RULES OF EVIDENCE 201(F)

In the matter of SHANE C BUCZEK, a U.S. Trust, Petitioner, shane-christopher: buczek, heretofore and hereafter "Petitioner", notices The court to take Judicial Notice of

**INDICTMENTS SHALL RUN IN THE NAME OF THE United States FROM THE**

**NATIONAL ARCHIVES WASHINGTON, D.C. COURT TO TAKE JUDICIAL NOTICE,**

under Federal Rules of Evidence 201(f). **See Exhibit "A" SIXTH CONGRESS. Sess.II Ch. 24.**

**1801. Indictments shall run in the United States**

For and on the record shall show that I am: the man, only here as

Grantor/Beneficiary/Settlor and authorized representative for: SHANE C. BUCZEK, a US Trust, or any derivative thereof.

REFERENCE TO COMMERICAL ACTION-CAUSE knows as: **1:08CR00054-001, 1:09CR00121-001 and 1:09CR00141-001, and to include any and all related, whether assumed, presumed or in fact being either PRIVATE, PUBLIC, CIVIL and/or CRIMINAL.**

**I am a peaceful man and inhabitant of the creation and most often located in the geographic region known as New York  Republic of America; SHANE C. BUCZEK is a vested interest of the United States of America and/or the United States; I am settlor and co-beneficiary to SHANE C. BUCZEK for the mutual beneficial use of the United States of America and/or the United States by and through holders of offices of the public trust, public trustees and myself.** Any attempt to coerce, trick, deceive, induce by fraud or otherwise move me to engage in disposition of the vested interest(s) of the United States of America **shall be considered an act of war, treason, and sedition against the United States of America and will be reported to the appropriate public trustees charged with protecting same.**

I, shane-christopher: buczek, declare under penalties of perjury under the laws of these United States of America that the foregoing is true and correct to the best of my knowledge, is made in good faith and is admitted if not rebutted.  I certify that the facts stated herein are true and correct under the penalty of perjury as provided by 28 USC Section 1746, that I am over the age of 18, and that I have firsthand knowledge first hand of the facts stated herein are true and Correct.

In Trust,

By: /s/ *friend of the Court* 

shane-christopher: buczek
as third party intervener and
Grantor/Beneficiary/Petitioner for:
SHANE C. BUCZEK a US TRUST
All rights reserved Without Prejudice
Without recourse UCC 1-308
September 27th, 2010

**Exhibit "A" SIXTH CONGRESS. Sess II. Ch. 24. 1801 The NATIONAL ARCHIVES AND RECORDE ADMINSTRATION FROM RICHARD H. HUNT 09/29/2009 Indictments Shall run in the United States**

**CERTIFICATE OF SERVICE**
On this the 27th day of September 2010, a true and correct copy was personally **1:08-CR00054-001, 1:09-CR00121-001 and 1:09CR00141-001** delivered to the Clerk of the Court and the Clerk will serve AUSA by electronic filing.

**1:08-CR00054-001, 1:09-CR00121-001, 1:09-CR00141-001
JUDICIAL NOTICE Of NATIONAL ARCHIVES WASHINGTON, D.C. ALL INDICTMENTS SHALL RUN IN THE NAME OF THE United States**

# EXHIBIT "A"

## NATIONAL ARCHIVES AND RECORDS ADMINISTRATION

## To all to whom these presents shall come, Greeting:

By virtue of the authority vested in me by the Archivist of the United States, I certify on his behalf, under the seal of the National Archives of the United States, that the attached reproduction(s) is a true and correct copy of documents in his custody.

| SIGNATURE | | |
|---|---|---|
| NAME Richard H. Hunt | | DATE 09/29/09 |
| TITLE Director Center for Legislative Archives | | |
| NAME AND ADDRESS OF DEPOSITORY | | |

The National Archives
Washington, D.C. 20408

NA FORM 14007A (10-86)

---

ined, and the f to the afore- ompleted, and ury. vailing them- lication for a ording to the ction, and the deducted from t for and hold the quantity be

the surveyor- lic monies, as ly be the same id emoluments last recited. eting the sur- ixteen in each same may be, f the twentieth residue of the all become for- greeably to the

shall have full e contrary not-

...commissioners herein after established, and the other half to the in- ...mer; and the marshal shall have the same power regarding their ...ection, and be subject to the same rules and regulations as to the ...ent thereof, as the sheriffs of the respective states of Maryland and ...ia are subject to in relation to the same.

3. *And be it further enacted*, That all felonies committed with- in ...ounty of Alexandria shall be punished in the same manner as such ...es were punishable by the laws of Virginia, as they existed prior ...year one thousand seven hundred and ninety-six; and the circuit ...for the said county of Alexandria shall possess and exercise the same ...rs and jurisdiction, civil and criminal, as is now possessed d exer... y the district courts of Virginia.

Sec. 4. ...e it further enacted, That the magistrates, to be ap- ted for ...d district, shall be and they are hereby constituted a of com... ners within their respective counties, and shall pos- d exerc... same powers, perform the same duties, receive the s... es and e... nts, as the levy courts or commissioners of county for ...ate of M... d possess, perform and receive; and the clerks and ...tors, to ...them appointed, shall be subject to the same laws, ...m the sa... ies, possess the same powers, and receive the same ...nd emol... as the clerks and collectors of the county tax of ...ate of Ma... are entitled to receive.

Sec. ...And be it ...er enacted, That the clerks of the cir- cuit cour... all, within t... spective districts, be bound to perform the same ...es, respecting ...cording of deeds and all other services, and shall ...ive the same fe... emoluments for the same (except in those cas... ovided for in the ...b section of the act to which this is a supple... as are now perfor... and received by the clerks of the counties ...e respective states of ...land and Virginia.

*Punishment of felonies.*

*Jurisdiction of the circuit court for Alexandria.*

*Magistrates to form a board of county commis- sioners.*

*Duties and emoluments of the clerks of courts. Act of Feb. 27, 1801, ch. 15.*

(a) See notes to act of ...27, 1801, chap. 15.

18

| | |
|---|---|
| 1.<br><br>its; for giv-<br>idred words.<br>on for their<br>e respective<br>entering the<br>section; for<br>ne dollar for<br><br>aid tract of<br>1 as may be<br>fter directed.<br>rn boundary<br>d associates,<br>re range of<br>hwardly and<br>es Symmes;<br>oresaid lines,<br>eyor-general,<br>ect the afore-<br>ding marked<br><br>the aforesaid<br>laid off into<br>n the opinion<br>d interest of<br><br>; to the claim<br>of each and<br>ined, and the<br>f to the afore-<br>ompleted, and<br>ury.<br>vailing them-<br>lication for a<br>ording to the<br>ction, and the<br>deducted from<br>t for and hold<br>ie quantity be<br><br>the surveyor-<br>lic monies, as<br>ly be the same<br>id emoluments<br>last recited.<br>eting the sur-<br>ixteen in each<br>same may be,<br>f the twentieth<br>residue of the<br>all become for-<br>greeably to the<br><br>shall have full<br>ie contrary not- | SIXTH CONGRESS. Sess. II. Ch. 24. 1801.  115<br><br>Statute II.<br>Chap. XXIV.—*An Act supplementary to the act intituled "An act concerning the District of Columbia."(a)*  March 3, 1801.<br><br>Section 1. *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the circuit courts for the district of Columbia shall be and they are hereby invested with the same power respecting constables, inspectors, and the inspection of tobacco and flour, surveyors, mills, highways and ferries, for the county of Alexandria, as have heretofore been vested in the county courts of the commonwealth of Virginia; and for the county of Washington, the same power and authority as have been heretofore exercised by the county and levy courts of the state of Maryland; with power to appoint to all other offices necessary for the said district, under the laws of the respective states of Maryland and Virginia. And all officers for whom no special provision is made by this act, or the act to which this is a supplement, shall receive the same fees and emoluments as they have respectively received under the jurisdiction of the respective states.<br><br>Act of Feb. 27, 1801, ch. 15. Powers of the circuit court.<br><br>Fees of certain officers of the territory.<br><br>Sec. 2. *And be it further enacted,* That all indictments shall run in the name of the United States, and conclude, against the peace and government thereof. And all fines penalties and forfeitures accruing under the laws of the states of Maryland and Virginia, which by adoption have become the laws of this district, shall be recovered with costs, by indictment or information in the name of the United States, or by action of debt, in the name of the United States and of the informer; one half of which fine shall accrue to the United States, and the other half to the informer; and the said fines shall be collected by or paid to the marshal, and one half thereof shall be by him paid over to the board of commissioners herein after established, and the other half to the informer; and the marshal shall have the same power regarding their collection, and be subject to the same rules and regulations as to the payment thereof, as the sheriffs of the respective states of Maryland and Virginia are subject to in relation to the same.<br><br>Form of indictments.<br><br>Mode of recovering and distribution of penalties.<br><br>Sec. 3. *And be it further enacted,* That all felonies committed within the county of Alexandria shall be punished in the same manner as such crimes were punishable by the laws of Virginia, as they existed prior to the year one thousand seven hundred and ninety-six; and the circuit court for the said county of Alexandria shall possess and exercise the same powers and jurisdiction, civil and criminal, as is now possessed and exercised by the district courts of Virginia.<br><br>Punishment of felonies.<br><br>Jurisdiction of the circuit court for Alexandria.<br><br>Sec. 4. *And be it further enacted,* That the magistrates, to be appointed for the said district, shall be and they are hereby constituted a board of commissioners within their respective counties, and shall possess and exercise the same powers, perform the same duties, receive the same fees and emoluments, as the levy courts or commissioners of county for the state of Maryland possess, perform and receive; and the clerks and collectors, to be by them appointed, shall be subject to the same laws, perform the same duties, possess the same powers, and receive the same fees and emoluments as the clerks and collectors of the county tax of the state of Maryland are entitled to receive.<br><br>Magistrates to form a board of county commissioners.<br><br>Sec. 5. *And be it further enacted,* That the clerks of the circuit court shall, within their respective districts, be bound to perform the same duties, respecting the recording of deeds and all other services, and shall receive the same fees and emoluments for the same (except in those cases provided for in the ninth section of the act to which this is a supplement) as are now performed and received by the clerks of the counties of the respective states of Maryland and Virginia.<br><br>Duties and emoluments of the clerks of courts. Act of Feb. 27, 1801, ch. 15.<br><br>(a) See notes to act of February 27, 1801, chap. 15. |

19

# Indictments

## SIXTH CONGRESS.  Sess. II. Ch. 24.  1801.

CHAP. XXIV.—*An Act supplementary to the act intituled "An act concerning the District of Columbia."*(a)

SECTION 1. *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the circuit courts for the district of Columbia shall be and they are hereby invested with the same power respecting constables, inspectors, and the inspection of tobacco and flour, surveyors, mills, highways and ferries for the county of Alexandria, as have heretofore been vested in the county courts of the commonwealth of Virginia; and for the county of Washington, the same power and authority as have been heretofore exercised by the county and levy courts of the state of Maryland; with power to appoint to all other offices necessary for the said district, under the laws of the respective states of Maryland and Virginia. And all officers for whom no special provision is made by this act, or the act to which this is a supplement, shall receive the same fees and emoluments as they have respectively received under the jurisdiction of the respective states.

SEC. 2. *And be it further enacted,* That all indictments shall run in the name of the United States, and conclude, against the peace and government thereof. And all fines penalties and forfeitures accruing under the laws of the states of Maryland and Virginia, which by adoption have become the laws of this district, shall be recovered with costs by indictment or information in the name of the United States, or by action of debt, in the name of the United States and of the informer; one half of which fine shall accrue to the United States, and the other half to the informer; and the said fines shall be collected by or paid to the marshal, and one half thereof shall be by him paid over to the board of commissioners herein after established, and the other half to the informer; and the marshal shall have the same power regarding their collection, and be subject to the same rules and regulations as to the