FILED
OCT 14 2010
MICHAEL J. ROEMER, CLERK
WESTERN DISTRICT OF NY

Honorable court of record
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

1:08-CR00054-001
1:09-CR-00121-001
1:09-CR-00141-001

SHANE C. BUCZEK, a U.S. TRUST
Petitioner

shane-christopher: buczek,
as third-party intervener and Grantor / Beneficiary

V.

UNITED STATES OF AMERICA

MANDATORY JUDICIAL NOTICE
Of Washington State Department of
Licensing Uniform Commercial Code
PROPERTY LIST REVENUE
TRACKING NUMBER 1230830 "2009-
344-6800-0 RECORED WITH THE
Nationalrepublicregistry.com 1/29/2010
Court to take Judicial Notice under
Federal Rules of Evidence 201(d) and (f)

**MANDATORY JUDICIAL NOTICE OF UCC** FINANCING STATEMENT 2009-344-6800-0 PROPERTY LIST OF ALL PROPERTY BELONGING TO DEBTOR BELONGS TO SECURED PARTY. DEBTOR IS A TRANSMITTING UTILITY. DEBTOR IS A TRUST. *Failure to answer is silence. Silence can only be equated with fraud where there is a legal and moral duty to speak, or when inquiry left unanswered would be intentionally misleading. "US v Tweel (1977)550 F 2d 297.* (10) days to answer and (3) days Grace OPPORTUNITY TO CURE. *COURT TO TAKE JUDICIALNOTICE UNDER FEDERAL RULES OF EVIDENCE 201 (D) AND (F)

In the matter of SHANE C BUCZEK, a U.S. Trust, Petitioner, shane-christopher: buczek,

heretofore and hereafter "Petitioner", notices the court to take Mandatory Judicial Notice of

**UCC FINANCING STATEMENT,** under Federal Rules of Evidence 201 (d) and (f).

**PROPERTY LIST ATTACHMENT "A"**

1. All proceeds from Secured Party's labor from every source; from products, accounts, fixtures, crops, mine head, wellhead, and transmitting utilities, etc.;
2. All rents, wages, and income from every source;
3. All land in which Debtor has an interest, including the soil itself; all minerals atop or beneath the soil surface; all air rights; all waters on or in the soil or land surface such as a lake or pond, within the land boundaries;
4. All real property and all documents involving all real property in which Debtor has an interest, including all buildings, structures, fixtures, and appurtenances situated on or affixed thereto, as noted in #3 above:

**1:08-CR00054-001, 1:09-CR00121-001 and 1:09-CR00141-001**
**MANDATORY JUDICIAL NOTICE OF ALL PROPERTY BELONG TO DEBTOR BELONG TO SECURED PARTY**

1 of 13

5. All cottages, cabins, houses, mansions, and buildings of whatever type and wherever located;

6. All bank accounts foreign and domestic, bank "safety" deposit boxes and the contents therein; personal security codes, passwords, and the like associated therewith; credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;

7. All inventory from any source;

8. All machinery, either farm or industrial; all mechanical tools, construction tools, tools of trade;

9. All boats, yachts, and watercraft; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;

10. All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;

11. All motor homes, trailers, mobile homes, recreational vehicles, houses, cargo, and travel trailers; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all ancillary equipment, accessories, parts, service equipment, lubricants, fuels, and fuel additives;

12. All animals and all farm livestock; and all things required for the care, feeding, use, transportation, and husbandry thereof;

13. All pets, including cats, dogs, birds, fish, or whatever other of the animal kingdom has been gifted or otherwise acquired: whether kept indoors or outdoors; with all fixtures, vehicles, and housings required for their protection, feeding, care, transportation, shelter, and whatever other needs may arise;

14. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances of any kind, motorized or otherwise, in which Debtor has an interest;

15. All computers, computer-related equipment and accessories, flash drives, electronically stored files or data, telephones, electronic equipment, office equipment and machines;

16. All visual reproduction systems, aural reproduction systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, iPods, phonograph records, film, video and aural production equipment, cameras, projectors, etc.;

17. All manuscripts, books, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;

18. All books and financial records of Debtor;

19. All trademarks, registered marks, copyrights, patents, proprietary data and technology, inventions, intellectual property, royalties, good will;

20. All public or private scholastic degrees, titles, credentials, medals, trophies, honors, awards, recognitions, meritorious citations, certificates from apprenticeship training and/or

**1:08-CR00054-001, 1:09-CR00121-001 and 1:09-CR00141-001**
**MANDATORY JUDICIAL NOTICE OF ALL PROPERTY BELONG TO**
**DEBTOR BELONG TO SECURED PARTY**

continuing education programs, etc., from whatever source, for whatever trade, occupation, work, or endeavor;

21. All military (Army, Navy, Air Force, Marine, National Guard, etc.) discharge papers, and the like;

22. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever;

23. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, genes, blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal images, and the descriptions thereof; and all other corporal identification factors, and said factors' physical counterparts in any form; and all records, record numbers, and information pertaining thereto;

24. All biometric data, records, information, and processes not elsewhere described; the use thereof and the use of the information contained therein or pertaining thereto;

25. All rights to obtain, use, request, refuse, or authorize the administration of any food, beverage, nourishment, or water, or any substance to be infused or injected into or affecting the body by any means whatsoever;

26. All rights to obtain, use, request, refuse, or authorize the administration of any drug, manipulation, material, process, procedure, ray, or wave which alters or might alter the present or future state of the body, mind, spirit, free will, faculties, and self by any means, method, or process whatsoever;

27. All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, software, user names, passwords, machinery, or devices related thereto;

28. All rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, inter alia: cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, and all other methods of communication, energy transmission, and food or water distribution;

29. All rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

30. All rights to create, invent, adopt, utilize, or promulgate any system or means of currency, private money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

31. All rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile; and to be free from requirement to apply for or obtain any government license or permission, permit and otherwise; and to be free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period;

32. All rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

33. All rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, any vaccinations, or permission of any kind whatsoever;

34. All rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

**1:08-CR00054-001, 1:09-CR00121-001 and 1:09-CR00141-001**
**MANDATORY JUDICIAL NOTICE OF ALL PROPERTY BELONG TO**
**DEBTOR BELONG TO SECURED PARTY**

35. All rights as outlined in the "Constitution for the united States of America" and the Honorable "Bill of Rights";

36. All rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgement of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition government for redress of grievances, or the right to petition any military force of the United States for physical protection from threats to the safety and integrity of person or property by either "public" or "private" sources;

37. All rights to keep and bear arms for defense of self, family, and parties entreating physical protection of person or property.

38. All rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

39. All rights to create carry, and use private documents of travel of any kind whatsoever, inter alia: those signifying diplomatic status and immunity as a free, independent Sovereign;

40. All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e., body, mind, spirit, free will, faculties, and self;

41. All rights to privacy and security in person and property, inter alia: all rights to safety and security of all household or sanctuary dwellers or guests, and all papers and effects belonging to Debtor or any household or sanctuary dwellers or guests, from governmental, quasi-governmental, de facto governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

42. All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names;

43. All intellectual property, inter alia: all speaking and writing; All thoughts, beliefs, world views, emotions, psychology, etc.

44. All signatures and seals;

45. All signatures on all applications for and all value associated with all licenses foreign and domestic;

46. All present and future retirement incomes and rights to such incomes issuing from all accounts;

47. All present and future medical and healthcare rights; and rights owned through survivorship, from all accounts;

48. All applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, inter alia: all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, images, identifying

**1:08-CR00054-001, 1:09-CR00121-001 and 1:09-CR00141-001**
**MANDATORY JUDICIAL NOTICE OF ALL PROPERTY BELONG TO**
**DEBTOR BELONG TO SECURED PARTY**

marks, image licenses, travel documents, materials, permits, registrations, records and records numbers, and the like;

49. All signatures on all applications for and all value associated with all library cards;

50. All credit, charge, and debit cards, mortgages, notes, applications, card numbers, and associated records and information;

51. All credit of Debtor;

52. All signatures on and all value associated with all traffic citations/tickets;

53. All signatures on and all value associated with all parking citations/tickets;

54. All value from all court cases and all judgments, past, present, and future, in any court whatsoever; and all bonds, orders, warrants, and other matters attached thereto or derived therefrom;

55. All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts; and any storage boxes, receptacles, and depositories within which said items are stored;

56. All tax correspondence, filings, notices, coding, record numbers, all benefit from social security account # 542-41-XXXX; and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;

57. All bank accounts, all brokerage accounts, stocks, bonds, certificates of deposit, drafts, futures, insurance policies, investment securities, all retirement plan accounts, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, securities, benefits from trusts, 401-K's, and the like;

58. All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds; and all records and records numbers, correspondence, and information pertaining thereto or derived there from;

59. All stockpiles, collections, buildups, amassment, and accumulations, however small, of Federal Reserve Notes (FRNs), gold certificates, silver certificates; and all other types and kinds of cash, coins, currency, and money delivered into possession of Secured Party;

60. All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds; and all related storage facilities and supplies;

61. All fitness and/or sports equipment intended to increase vitality, fitness, and health; and whole food complexes, vitamin, mineral, and other supplements to the diet for the same health and fitness purposes; and all juicers, grinders, dehydrators, and storage and delivery devices or equipment;

62. All products of and for agriculture; and all equipment, inventories, supplies, contracts, and accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;

63. All plants and shrubs, trees, fruits, vegetables, farm and garden produce, indoors and out, watering devices, fertilizers and fertilizing equipment, pots, collections of plants, e.g., bonsai, dry or live assortments of flowers and plants, or anything botanical;

64. All farm, lawn, and irrigation equipment, accessories, attachments, hand tools, implements, service equipment, parts, supplies, and storage sheds and contents;

**1:08-CR00054-001, 1:09-CR00121-001 and 1:09-CR00141-001**
**MANDATORY JUDICIAL NOTICE OF ALL PROPERTY BELONG TO**
**DEBTOR BELONG TO SECURED PARTY**

65. All fuel, fuel tanks, containers, and involved or related delivery systems;

66. All metal-working, woodworking, and other such machinery; and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, tool boxes, work benches, shops, and facilities;

67. All camping, fishing, hunting, and sporting equipment; and all special clothing, materials, supplies, and baggage related thereto;

68. All rifles, guns, bows, crossbows, other weapons, and related accessories; and the ammunition, reloading equipment and supplies, projectiles, and integral components thereof;

69. All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, towers, etc.; and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;

70. All power-generating machines or devices; and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining to or attached thereto;

71. All devices, engines, fixtures, fans, plans needed for the production or storage of electrical energy;

72. All computers and computer systems and the information contained therein; as well as all ancillary equipment, printers, and data compression or encryption devices, processes, and processors;

73. All office and engineering equipment, furniture, ancillary equipment, drawings tools, electronic and paper files, and items related thereto;

74. All water wells and well-drilling equipment; and all ancillary equipment, chemicals, tools, and supplies;

75. All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof; whether on-site, in transit, or in storage anywhere;

76. All building materials and prefabricated buildings; and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof;

All communications and data; and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;

78. All artwork and supplies, paintings, etchings, photographic art, lithographs, and serigraphs, etc.; and all frames and mounts pertaining to or affixed thereto;

79. All food; and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage;

80. All construction machinery; and all ancillary equipment, fuels, fuel additives, supplies, materials, and service equipment pertaining thereto;

81. All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;

82. The Last Will and Testament from any source;

83. All inheritances gotten or to be gotten;

84. All wedding bands and rings, watches, and jewelry;

85. All household goods and appliances, linen, wardrobe, toiletries, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, antiques, etc.

**1:08-CR00054-001, 1:09-CR00121-001 and 1:09-CR00141-001**
**MANDATORY JUDICIAL NOTICE OF ALL PROPERTY BELONG TO**
**DEBTOR BELONG TO SECURED PARTY**

86. All musical instruments, whether new or old, including brass, woodwinds, percussion, strings, etc.

87. All children's toys, clothing, playthings, and possessions of any type or amount;

88. All businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, and the like, now owned or hereafter acquired; and all books and records thereof and therefrom; all income therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

89. All ownership, equity, property, and rights to property now owned or held or hereafter acquired in all businesses, corporations, companies, partnerships, limited partnerships, organizations, proprietorships, and the like; and all books and records pertaining thereto; all income therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

90. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, Debtor or natural man Secured Party, whether received or not received;

91. All telephone numbers;

92. All signatures on all applications for and all value associated with all certificates of birth documents of the natural man Secured Party, all certificates of naturalization of the natural man Secured Party, and all said documents themselves;

93. All signatures on all applications for and all value associated with all certificates of birth documents of all children and grandchildren of the natural man Secured Party, and all said documents them;

94. All signatures on all applications for social security numbers, and all value associated with all accounts, 131-68-XXXX;

95. All signatures on all applications for social security numbers for all children and grandchildren of the natural man Secured Party, and all value associated with all accounts: ;

96. All value associated with the private contract trust account number of the natural man Secured Party: 1316XXXX;

97. All value associated with the private contract trust account numbers of all children and grandchildren of the natural man Secured Party: MUST BE UNDER 18 SSN AND BC NUMBER DOB AND XXXX

98. All signatures on all applications for and all value associated with: New York STATE DEPARTMENT
OF HEALTH BUREAU OF VITAL RECORDS CERTIFICATE OF BIRTH RECORD DISTRICT 1401 REGISTER NUMBER REGISTER NUMBER NAME AND ENTITY SHANE CHRISTOPHER BUCZEK FEB.24,1970 9:14 AM
ERIE COUNTY, BUFFALO, NEW YORK Mercy Hospital Account number 389684 Sign by CITY CLERK RIGISTRAR OF VITAL STATISTICS GERALD A.CHWALINSKI THE CITY OF BUFFALO, NEW YORK.

A. Driver License #: 120XXXX – NEW YORK

B. FLORIDA Driver License #:B220-783-70-XXX-X

**1:08-CR00054-001, 1:09-CR00121-001 and 1:09-CR00141-001**
**MANDATORY JUDICIAL NOTICE OF ALL PROPERTY BELONG TO**
**DEBTOR BELONG TO SECURED PARTY**

C. United States of America PASSPORT #: 10323XXXX

D. Apostile 05-0XXXX, NEW YORK STATE CERTIFICATE OF BIRTH REGISTERS NUMBER 2144 and 38XXXX
D.WorldService Authority#:339286

*Address101214thStreet,NWSuite205Washington,D.C 20005 ( 202)638-2662 Fax: (202) 638-0638 World Service Authority District 8 Office#165 Guiping Road, Rose Garden #89 Shanghai 200233China District 8 Office#165 Guiping Road, Rose Garden #89Shanghai 200233

E. Authentication Number DOS AND DOJ 09033212-1 Second Notice of Recession & Revoke Filed 01/09/2009 case number 1:08-cr-00054-WMS-HKS Document 83 16 pages, Authentication Number DOS AND DOJ 09033212-2

E. PSYCHIATRIC REPORT on 6-09-08 Forensic by Dr. Nubia J. Swain, M.D. License No. C519228 DEA No.BS1245821 RECORDED ERIE COUNTY NEW YORK 2008 Book 107/Page 2081 & Forensic Report By Stephanie Byrd, M.S. Pre-Doctoral Psychology Intern and Shawn E. Channell,Ph.D. ABPP Board Certified in Forensic Psychology Federal Medical FMC Devens Ma for BUCZEK,Shane,C.. Reg.No. 90656-111 April 27, 2009

F. Authentication Number DOS AND DOJ 09033212-2 Petition for Post Settlement and Closure of Account Pursuant to Public Policy case number 08-cr-054-s Document 111 07/06/2009 13 pages

G. Authentication Number DOS AND DOJ 09035361-1 Supplement Amended Petition for Post Settlement 27 CFR 72.11 48 CFR CH...1.53.228 FOR DEPOSIT OPT.FORMS 90,91 SF 24,25,25a,273,274,275,1402 and 329E case number 1:08-cr-00054-WMS-HKS Document Filed 07/20/2009 56 pages

H. Authentication Number DOS AND DOJ 09033212-3 case number 08-cr-054-s WMS-HKS Document 110 Filed June 30, 2009 10 pages

I. Authentication Number DOS AND DOJ 09033212-4 SUPPLEMENT AMENDED WRIT OF RECOGNITIONE ADNULLANDA NOTICE OF MISTAKE OF NON-CONSENT, LODGMENT AND COMMERICAL SURRENDER AFFIDAVIT IN SUPPORT, AND PETITION TO DISMISS FOR LACK OF RATIFICATION OF COMMENCEMENT case number 1:08-cr-00054-WMS-HKS Document Filed 07/08/2009 16 PAGES Authentication Number DOS AND DOJ 08021989-1 INDICTMENT ON COUNTER CLAIM 3-24-2008 CASE 08-CR-054 (23) PAGES

**1:08-CR00054-001, 1:09-CR00121-001 and 1:09-CR00141-001**
**<u>MANDATORY JUDICIAL NOTICE OF ALL PROPERTY BELONG TO</u>**
**<u>DEBTOR BELONG TO SECURED PARTY</u>**

J. Authentication Number DOS AND DOJ SUPPLEMENT AMENDED WRIT OF RECOGNITIONE ADNULLANDA NOTICE OF MISTAKE OF NON-CONSENT,LODGMENT AND COMMERICAL SURRENDER AFFIDAVIT IN SUPPORT,AND PETITION TO DISMISS FOR LACK OF RATIFICATION OF COMMENCEMENT case number 1:08-cr-00054-WMS-HKS Document Filed 07/16/2009 41 PAGES

K. NATIONAL REPUBLIC REGISTRY 900 North Walnut Creek Dr. Suite 100 #283 Mansfield, Texas 76063 41pagesrecordedAUGUST21, 2009AT 12:07:35PM
www.nationalrepublicregistry.com/public/NY.2009.08.21.000001.pdf

L. DOCUMENT TITLE: Act of State APOSTILLE 05-03248 June 29, 2005 By: Shane-Christopher: Buczek Declaration in a form of an affidavit of true identity CFN # 105219069 OR BK 40157 Page 1848, 4 Pages RECORDED 07/26/2005 at 4:50 PM Broward County Commission, Deputy Clerk 1033

M. PRIVATE DISCHARGING AND INDEMNITY BOND USPS REGISTERED MAIL TRACKING RR 353 687 187 US $ 500,000,000.00 Five Hundred Million U.S. Dollars Expiration 6-112039 Sent to: Tim G. Geithner Secretary of the Treasury 1500 Pennsylvania Avenue NW Washington DC [20220]

N.NYS DOS UCC Public Filing 200807198293274 & 428341 2008 Jul 19 PM04:51 at 99 Washington Avenue, Albany, New York [12231-0001]

O. Affidavit of Silver Surety RECORDED: INSTR # 108027668 OR BK 45544 Pages 829-830 07/21/08 16:25/43 BROWARD COUNTY COMMISSION DEPUTY CLERK 2130

P. Private Discharging and Indemnity Bond USPS CERTIFIED MAIL TRACKING 7007 1490 0000 0934 4066 One Billion Dollars USD

Q.   CASE   NO.90-9-092   Cheektowaga   Town   Court   3223   Union   Road Cheektowaga, NY 14227 Email courtadmin@cheektowagacourt.com
  Fax criminal 716) 686-3553

R. CASE NO.1994MM1725-W & CASE NO.1994MM12880-O: Orange County Court 425 North Orange Avenue Orlando, Florida [32802] EIN 59-6000772

S. CASE NO. 97CR122748 & 97CR44937 Mecklenburg County District Court 832 East Fourth Street Charlotte, NC [28202] Phone 704.686.0400 EIN 56-6047499

T. CASE NO. OO-2376 *Erie County Clerk's Office* Kathy Hochul, Erie County Clerk 92 Franklin Street, Buffalo, New York 14202 Phone 716.858.8865 EIN

### 1:08-CR00054-001, 1:09-CR00121-001 and 1:09-CR00141-001
### MANDATORY JUDICIAL NOTICE OF ALL PROPERTY BELONG TO DEBTOR BELONG TO SECURED PARTY

U. CASE NO. 2005er 18516F Buffalo City Clerk's Office 50 Delaware Avenue Buffalo, New York [14202] & habeas corpus IND NO. I 2007-2456 & CASE NO.2007-APR 082 *Erie County Clerk's Office* Kathy Hochul, Erie County Clerk92 Franklin Street, Buffalo, New York 14202 Phone 716.858.8865 EIN 16.6002558

### RECORDED DOCUMENTS FOR CASE NO.2005ER 18516F

   * CFN 106282071, OR BK 42460 PAGE 1017, Page 1 of 10, Recorded 07/25/2006 03:48 PM Broward County Commission, Deputy Clerk 2160: BRIEF LEGAL DESCRIPTION US CODE TITLE 18 TITLE 42 TORT DAMAGE
   * REGISTERED MAIL # RC 013 154 840 US : Recorded Broward County CFN # 106855277, OR BK 43639 Page 542, Page 1 of 6, recorded 02/21/2007 at 5:01 PM Deputy Clerk 2020: Request for Current Oath of Office & Surety Bond, OFFICIAL NOTICE/DEMAND To: MOLLY JO MUSARRA ASSISTANT DISTRICT ATTORNEY 25 DELAWARE AVENUE BUFFALO, NEW YORK 14202
   * CFN 106147141, OR BK 42179 Page 425, Page 1 of 2, Recorded 06/08/2006 at 2:21 PM Broward County Commission, Deputy Clerk 2090


V. CASE NO.06-2321MM10A & CASE NO.08-40433(08) Broward County Clerk's office 201 SE 6th    Street Fort Lauderdale, Florida [33301] 954.831.7913

W.REGISTERED   MAIL   RC   013   154   725   US   COUNTERCLAIM: FALSEIMPRISONMENT,   KIDNAPPING, ASSAULT, BATTERY, TRESPASS, THEFTPERJURYAND OFFICIAL   OPPRESSION (IN THE COUNTY COURT IN AND FOR BROWARD COUNTY, FLORIDA)
      RECORDED CFN # 106341539, OR BK 42580 Page, 1 to 9, Recorded 08/11/2006 04:43 PM,     Broward County Commission, Deputy Clerk 2090


X. CASE NO.1:08-CR-00054,1:09-CR-00121,1:09-CR-00141 United States District for
    Western District of New York Shane Christopher Buczek   ID # 90656-111

Y. Orchard Park High School ID 334325 4040 Baker Rd Orchard Park, New York 14127-
    2098(716) 209-6243

Z. Student ID. 800070902 State University of New York College at Brockport 350 New Campus Drive
    Brockport New York 14420-2938

AA. Student ID: 0088381 REGISTRAR'S OFFICE Erie Community College-South S-4041
South     Western BLVD. Orchard Park, New York 14127-2199


### 1:08-CR00054-001, 1:09-CR00121-001 and 1:09-CR00141-001
### MANDATORY JUDICIAL NOTICE OF ALL PROPERTY BELONG TO
### DEBTOR BELONG TO SECURED PARTY

BB.HSBC/BEST BUY # 7001 0621 2448 6055 P.O. BOX 80026 SALINAS, CALIFORNIA [93912]
   EIN 16.12455395

CC. VIN 5N1ED28TX4C643461 YEAR MODEL 2004 MAKE NISSAN BODY STYLE (SUV) TITLE NO. LS83060 REGISTRATION WEIGHT: 3855 DATE ISSUED 05/25/2005

99. All signatures on all applications for and all value associated with all passports for the natural man Secured Party and his children and grandchildren:
100. All documents as recorded in the public record by and for the natural man Secured Party as Indicated herein;
101. All signatures on all applications for and all value associated with all marriage licenses;
102. All private marriage contracts;
103. All signatures on all applications for and all value associated with all professional licenses;
104. All private addresses of the natural man Secured Party as indicated herein;
105. All signatures on all applications for and all value associated with all public addresses;
106. All private, registered, bond/account numbers; and all bonds and notes tendered to any and all entities, Including the Department of the Treasury, banks, creditors, corporations, etc.

SCBC2240XXXX

REGISTERED MAIL NUMBERS:
   RA 127 154 811 US, RA 825 470 072 US

COMMERCIAL SECURITY AGREEMENT   CPM06012007-RC 013 260 097 US

Request for Current Oath of Office & Surety Bond RC 013 154 875 US 02/11/2007 CFN # 106832806, OR BK 43598 Page 1995, Page 1 of 7, Recorded 02/13/2007 05:14 PM, BROWARD COUNTY COMMISSION, Deputy Clerk 1016

Request for Current Oath of Office & Surety Bond RC 013 154 840 US CFN # 106855277, OR BK 43598  Page 1995, Page 1 of 7, Recorded 02/21/2007 05:01 PM, BROWARD COUNTY COMMISSION, Deputy   Clerk 2020

APPOINTMENT OF FIDUCIARY CFN # 106147141, OR BK 42179 Page 425, Page 1 of 2, Recorded   06/08/06 2:21 PM Broward County Commission, Deputy Clerk 2090

107.   Any and all property not specifically listed, named, or specified by make, model, serial number, etc., is expressly herewith included as collateral of the natural man Secured Party.

These items of property cannot be taken, used, duplicated, confiscated, confined, restrained, abused, damaged, influenced, or remove from the Secured Party, Shane-Christopher: Buczek, without his voluntary, written permission.

**1:08-CR00054-001, 1:09-CR00121-001 and 1:09-CR00141-001**
**MANDATORY JUDICIAL NOTICE OF ALL PROPERTY BELONG TO DEBTOR BELONG TO SECURED PARTY**

Any violation of this agreement will constitute a penalty of 100 billion United States Silver Dollars ($100,000,000,000.00) of .999 fine silver, per occurrence, per officer or agent involved.

This is a contract in admiralty, and you may rebut this contract within 21 (twenty-one) days. Rebuttal must be per conditions found in the Legal Notice and Demand that is on file, along with this document, in the REGISTER OF DEEDS OFFICE IN WASHIINGTON COUNTY, OREGON.

**I am a peaceful man and inhabitant of the creation and most often located in the geographic region known as New York Republic of America; SHANE C. BUCZEK is a vested interest of the United States of America and/or the United States; I am settlor and co-beneficiary to SHANE C. BUCZEK for the mutual beneficial use of the United States of America and/or the United States by and through holders of offices of the public trust, public trustees and myself.** Any attempt to coerce, trick, deceive, induce by fraud or otherwise move me to engage in disposition of the vested interest(s) of the United States of America **shall be considered an act of war, treason, and sedition against the United States of America and will be reported to the appropriate public trustees charged with protecting same.**

I, shane-christopher: buczek, declare under penalties of perjury under the laws of these United States of America that the foregoing is true and correct to the best of my knowledge, is made in good faith and is admitted if not rebutted. I certify that the facts stated herein are true and correct under the penalty of perjury as provided by 28 USC Section 1746, that I am over the age of 18, and that I have firsthand knowledge first hand of the facts stated herein are true and correct.

**<u>*Failure to answer is silence. Silence can only be equated with fraud where there is legal and moral duty to speak, or when inquiry left unanswered would be intentionally misleading."US v Tweel (1977)550 F 2d 297.* (10) days to answer and (3) days Grace OPPORTUNITY TO CURE *</u>**

**<u>1:08-CR00054-001, 1:09-CR00121-001 and 1:09-CR00141-001</u>**
**<u>MANDATORY JUDICIAL NOTICE OF ALL PROPERTY BELONG TO DEBTOR BELONG TO SECURED PARTY</u>**

In Trust,

By: 

shane-christopher: buczek
as third party intervener and
Grantor/Beneficiary/Petitioner for:
SHANE C. BUCZEK a US TRUST
All rights reserved Without Prejudice
Without recourse UCC 1-308
October ___14th___ , 2010

**See Attachment "A" CERTIFICATION OF ELETRONIC RECORDING OF UCC
PROPERTY LIST IN WASHINGTON STATE SEARCH NUMBER 2009-344-1825-8S**

### CERTIFICATE OF SERVICE

On this the 14th day of October 2010, a true and correct copy was **personally filed stamped
1:08-CR-0054-001, 1:09-CR00121-001 and 09-CR00141-001** delivered to the Clerk of the
Court and the Clerk will serve AUSA by electronic filing.

**1:08-CR00054-001, 1:09-CR00121-001 and 1:09-CR00141-001
MANDATORY JUDICIAL NOTICE OF ALL PROPERTY BELONG TO
DEBTOR BELONG TO SECURED PARTY**

# Attachment "A"

# www.nationalrepublicregistry.com

## CERTIFICATION OF ELECTRONIC RECORDING

On this day, January 29, 2010, we, the undersigned witnesses, have inspected 50 pages of printed information submitted by Shane-Christopher: Buczek. The submitted information has been scanned and electronically recorded at the following location on the world-wide web:

www.nationalrepublicregistry.com/public/NY.2010.01.29.000002.pdf

All contents of the electronically recorded document may be viewed at the public's discretion.

LS: _____
First Witness

LS: _____
Second Witness

LS: _____
Third Witness

## NATIONAL REPUBLIC REGISTRY

900 North Walnut Creek Dr. Suite 100 #283

Mansfield, TX 76063

1.866.455.7837



**Washington State Department of Licensing**
**Uniform Commercial Code**
**Debtor Information Search Report**

**Search number:**     2009-344-1825-8S

**Name as provided:**

Organization:     **SHANE CHRISTOPHER BUCZEK** (Debtor)

**Name searched:**

Organization:     **SHANECHRISTOPHERBUCZEK**

**Lien type searched:**  All
**Lien status searched:**  All
**Search limited by:**  File Numbers Searched: 2009-344-6800-0
**Search logic used:**  Standard

**Report:**     12/10/2009 1:31:40 PM
**Through date:**     12/09/2009

**Certification:**
The filing office certifies that the attached list is a true and exact representation
of all financing statements and non-UCC liens for the name searched, as filed with
the Department of Licensing, Uniform Commercial Code Program, as of the through
date shown above. But a limited search may not reveal all records of the name
searched and the searcher bears the risk of relying on such a search.

*Elizabeth A. Luce*

Elizabeth Luce, Director, Department of Licensing

1 of 1

Initial Financing Statement File Number: 2009-344-6800-0

Date and time filed: 12/9/2009 9:50:00 AM

Lapse date: 12/09/2014

(D)     SHANE CHRISTOPHER BUCZEK

        P.O. BOX 93

        DERBY, NY  14047     US

(S)     Buczek, Shane, Christopher

        c/o 7335 Derby Road

        Derby,   [14047]     usa

History:

| Type of Record | Date & Time Filed | File# | #PGS |
| --- | --- | --- | --- |
| Initial | 12/9/2009 9:50:00 AM | 2009-344-6800-0 | 26 |

2009-344-1825-8S

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO:   (Name and Address)

SHANE CHRISTOPHER BUCZEK
PO BOX 93

DERBY NY 14047

Date of Filing : 12/09/2009
Time of Filing : 09:50:00 AM
File Number : 2009-344-6800-0
Lapse Date : 12/09/2014

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

OR

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 1b. INDIVIDUAL'S LAST NAME  SHANE CHRISTOPHER BUCZEK | FIRST NAME | MIDDLE NAME | SUFFIX |
| 1c. MAILING ADDRESS  P.O. BOX 93 | CITY  DERBY | STATE  NY | POSTAL CODE  14047 | COUNTRY  US |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION  LEGAL | 1f. JURISDICTION OF ORGANIZATION  UNITED STATES | 1g. ORGANIZATIONAL ID #, if any  NONE |

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names   ☐ NONE

OR

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any |

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)   ☐ NONE

OR

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| 3b. INDIVIDUAL'S LAST NAME  Buczek | FIRST NAME  Shane | MIDDLE NAME  Christopher | SUFFIX |
| 3c. MAILING ADDRESS  c/o 7335 Derby Road | CITY  Derby | STATE | POSTAL CODE  [14047] | COUNTRY  usa |

4. This FINANCING STATEMENT covers the following collateral:

[See attached image for text, if any, submitted by filer.]

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.   Attach Addendum [if applicable] | | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

[See attached image for text, if any, submitted by filer.]

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)   International Association of Commercial Administrators (IACA)

2009-344-6800-0

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

**SHANE CHRISTOPHER BUCZEK**

B. SEND ACKNOWLEDGMENT TO:    (Name and Address)

> SHANE CHRISTOPHER BUCZEK
> P.O. BOX 93
> DERBY, NEW YORK 14047

Revenue Tracking Number

1 2 3 0 8 3 0

12/09/09   47 00

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | |
|---|---|
| 1a. ORGANIZATION'S NAME | |
| OR   1b. INDIVIDUAL'S LAST NAME | **SHANE CHRISTOPHER BUCZEK** |

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **P.O. BOX 93** | **DERBY** | **NY** | **14047** | **US** |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION **LEGAL** | 1f. JURISDICTION OF ORGANIZATION **UNITED STATES** | 1g. ORGANIZATIONAL ID #, if any ☑ NONE |
|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | |
|---|---|
| 2a. ORGANIZATION'S NAME | |
| OR   2b. INDIVIDUAL'S LAST NAME | |

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any NONE |
|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | |
|---|---|
| 3a. ORGANIZATION'S NAME | |
| OR   3b. INDIVIDUAL'S LAST NAME | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| **Buczek** | **Shane** | **Christopher** | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| **c/o 7335 Derby Road** | **Derby** | | **14047** | **usa** |

4. This FINANCING STATEMENT covers the following collateral:

ALL PROPERTY BELONGING TO DEBTOR BELONG TO SECURED PARTY.

DEBTOR IS A TRANSMITTING UTILITY.

DEBTOR IS A TRUST

SEE ATTACHMENT "A" PROPERT LIST @ DEFINITIONS

SEE ATTACHMENT "B" PROOF OF MAILING CONTENTS MAILED

SEE ATTACHMENT "C" VIA REGISTERED MAIL RR 973 993 633 US FINAL JUDEMENT

| 5. ALTERNATIVE DESIGNATION (if applicable): | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS    Attach Addendum    (if applicable) | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE]    [optional] | | All Debtors | Debtor 1 | Debtor 2 |
| 8. OPTIONAL FILER REFERENCE DATA | | | | | | |

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)    International Association of Commercial Administrators (IACA)

PAGE 2 OF 27

# PROPERTY LIST ATTACHMENT "A"

Revenue Tracking Number

1 2 3 0 8 3 0

12/08/09  47:00

1. All proceeds from Secured Party's labor from every source; from products, accounts, fixtures, crops, mine head, wellhead, and transmitting utilities, etc.;
2. All rents, wages, and income from every source;
3. All land in which Debtor has an interest, including the soil itself; all minerals atop or beneath the soil surface; all air rights; all waters on or in the soil or land surface such as a lake or pond, within the land boundaries;
4. All real property and all documents involving all real property in which Debtor has an interest, including all buildings, structures, fixtures, and appurtenances situated on or affixed thereto, as noted in #3 above;
5. All cottages, cabins, houses, mansions, and buildings of whatever type and wherever located;
6. All bank accounts foreign and domestic, bank "safety" deposit boxes and the contents therein; personal security codes, passwords, and the like associated therewith; credit card accounts, mutual fund accounts, certificates of deposit accounts, checking accounts, savings accounts, retirement plan accounts, stocks, bonds, securities, and benefits from trusts;
7. All inventory from any source;
8. All machinery, either farm or industrial; all mechanical tools, construction tools, tools of trade;
9. All boats, yachts, and watercraft; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;
10. All aircraft, gliders, balloons, and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all motors, engines, ancillary equipment, accessories, parts, tools, instruments, electronic equipment, navigation aids, service equipment, lubricants, fuels, and fuel additives;
11. All motor homes, trailers, mobile homes, recreational vehicles, houses, cargo, and travel trailers; and all equipment, accoutrements, baggage, and cargo affixed or pertaining thereto or stowed therein, inter alia: all ancillary equipment, accessories, parts, service equipment, lubricants, fuels, and fuel additives;
12. All animals and all farm livestock; and all things required for the care, feeding, use, transportation, and husbandry thereof;
13. All pets, including cats, dogs, birds, fish, or whatever other of the animal kingdom has been gifted or otherwise acquired: whether kept indoors or outdoors; with all fixtures, vehicles, and housings required for their protection, feeding, care, transportation, shelter, and whatever other needs may arise;
14. All vehicles, autos, trucks, four-wheel vehicles, trailers, wagons, motorcycles, bicycles, tricycles, wheeled conveyances of any kind, motorized or otherwise, in which Debtor has an interest;
15. All computers, computer-related equipment and accessories, flash drives, electronically stored files or data, telephones, electronic equipment, office equipment and machines;
16. All visual reproduction systems, aural reproduction systems, motion pictures, films, video tapes, audio tapes, sound tracks, compact discs, ipods, phonograph records, film, video and aural production equipment, cameras, projectors, etc.;
17. All manuscripts, books, booklets, pamphlets, treatises, treatments, monographs, stories, written material, libraries, plays, screenplays, lyrics, songs, music;
18. All books and financial records of Debtor;
19. All trademarks, registered marks, copyrights, patents, proprietary data and technology, inventions, intellectual property, royalties, good will;
20. All public or private scholastic degrees, titles, credentials, medals, trophies, honors, awards, recognitions, meritorious citations, certificates from apprenticeship training and/or continuing education programs, etc., from whatever source, for whatever trade, occupation, work, or endeavor;
21. All military (Army, Navy, Air Force, Marine, National Guard, etc.) discharge papers, and the like;
22. All records, diaries, journals, photographs, negatives, transparencies, images, video footage, film footage, drawings, sound records, audio tapes, video tapes, computer production or storage of all kinds whatsoever;
23. All fingerprints, footprints, palm prints, thumbprints, RNA materials, DNA materials, genes, blood fractions, biopsies, surgically removed tissue, bodily parts, organs, hair, teeth, nails, semen, urine, other bodily fluids or matter, voice-print, retinal images, and the descriptions thereof; and all other corporal identification factors, and said factors' physical counterparts in any form; and all records, record numbers, and information pertaining thereto;
24. All biometric data, records, information, and processes not elsewhere described; the use thereof and the use of the information contained therein or pertaining thereto;
25. All rights to obtain, use, request, refuse, or authorize the administration of any food, beverage, nourishment, or water, or any substance to be infused or injected into or affecting the body by any means whatsoever;
26. All rights to obtain, use, request, refuse, or authorize the administration of any drug, manipulation, material,

Revenue Tracking Number
1 2 3 0 8 3 0
12/09/09   47.00

process, procedure, ray, or wave which alters or might alter the present or future state of the body, mind, spirit, free will, faculties, and self by any means, method, or process whatsoever;

27. All keys, locks, lock combinations, encryption codes or keys, safes, secured places, and security devices, security programs, software, user names, passwords, machinery, or devices related thereto;

28. All rights to access and use utilities upon payment of the same unit costs as the comparable units of usage offered to most-favored customers, inter alia: cable, electricity, garbage, gas, internet, satellite, sewage, telephone, water, and all other methods of communication, energy transmission, and food or water distribution;

29. All rights to barter, buy, contract, sell, or trade ideas, products, services, or work;

30. All rights to create, invent, adopt, utilize, or promulgate any system or means of currency, private money, medium of exchange, coinage, barter, economic exchange, bookkeeping, record-keeping, and the like;

31. All rights to use any free, rented, leased, fixed, or mobile domicile, as though same were a permanent domicile; and to be free from requirement to apply for or obtain any government license or permission, permit and otherwise; and to be free from entry, intrusion, or surveillance, by any means, regardless of duration of lease period;

32. All rights to manage, maneuver, direct, guide, or travel in any form of automobile or motorized conveyance whatsoever without any requirement to apply for or obtain any government license, permit, certificate, or permission of any kind whatsoever;

33. All rights to marry and procreate children, and to rear, educate, train, guide, and spiritually enlighten any such children, without any requirement to apply for or obtain any government license, permit, certificate, any vaccinations, or permission of any kind whatsoever;

34. All rights to buy, sell, trade, grow, raise, gather, hunt, trap, angle, and store food, fiber, and raw materials for shelter, clothing, and survival;

35. All rights as outlined in the "Constitution for the united States of America" and the Honorable "Bill of Rights";

36. All rights to exercise freedom of religion, worship, use of sacraments, spiritual practice, and expression without any abridgement of free speech, or the right to publish, or the right to peaceably assemble, or the right to petition government for redress of grievances, or the right to petition any military force of the United States for physical protection from threats to the safety and integrity of person or property by either "public" or "private" sources;

37. All rights to keep and bear arms for defense of self, family, and parties entreating physical protection of person or property.

38. All rights to create, preserve, and maintain inviolable, spiritual sanctuary and receive into same any and all parties requesting safety and shelter;

39. All rights to create, carry, and use private documents of travel of any kind whatsoever, inter alia: those signifying diplomatic status and immunity as a free, independent Sovereign;

40. All claims of ownership or certificates of title to the corporeal and incorporeal hereditaments, hereditary succession, and all innate aspects of being, i.e., body, mind, spirit, free will, faculties, and self;

41. All rights to privacy and security in person and property, inter alia: all rights to safety and security of all household or sanctuary dwellers or guests, and all papers and effects belonging to Debtor or any household or sanctuary dwellers or guests, from governmental, quasi-governmental, de facto governmental, or private intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant, except with proof of superior claim duly filed in the Commercial Registry by any such intruding party in the private capacity of such intruding party, notwithstanding whatever purported authority, warrant, order, law, or color of law may be promulgated as the authority for any such intrusion, detainer, entry, seizure, search, surveillance, trespass, assault, summons, or warrant;

42. All names used and all Corporations Sole executed and filed, or to be executed and filed, under said names;

43. All intellectual property, inter alia: all speaking and writing; All thoughts, beliefs, world views, emotions, psychology, etc.;

44. All signatures and seals;

45. All signatures on all applications for and all value associated with all licenses foreign and domestic;

46. All present and future retirement incomes and rights to such incomes issuing from all accounts;

47. All present and future medical and healthcare rights; and rights owned through survivorship, from all accounts;

48. All applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, and records and records numbers held by any entity, for any purpose, however acquired, as well as the analyses and uses thereof, and any use of any information and images contained therein, regardless of creator, method, location, process, or storage form, inter alia: all processed algorithms analyzing, classifying, comparing, compressing, displaying, identifying, processing, storing, or transmitting said applications, filings, correspondence, information, images, identifying marks, image licenses, travel documents, materials, permits, registrations, records and records numbers, and the like;

49. All signatures on all applications for and all value associated with all library cards;

Revenue Tracking Number
1 2 3 0 8 3 0
12/09/09   47.00

50. All credit, charge, and debit cards, mortgages, notes, applications, card numbers, and associated records and information;

51. All credit of Debtor;

52. All signatures on and all value associated with all traffic citations/tickets;

53. All signatures on and all value associated with all parking citations/tickets;

54. All value from all court cases and all judgments, past, present, and future, in any court whatsoever; and all bonds, orders, warrants, and other matters attached thereto or derived therefrom;

55. All precious metals, bullion, coins, jewelry, precious jewels, semi-precious stones, mounts; and any storage boxes, receptacles, and depositories within which said items are stored;

56. All tax correspondence, filings, notices, coding, record numbers, all benefit from social security account # 542-41-XXXX; and any information contained therein, wherever and however located, and no matter by whom said information was obtained, compiled, codified, recorded, stored, analyzed, processed, communicated, or utilized;

57. All bank accounts, all brokerage accounts, stocks, bonds, certificates of deposit, drafts, futures, insurance policies, investment securities, all retirement plan accounts, Individual Retirement Accounts, money market accounts, mutual funds, notes, options, puts, calls, pension plans, savings accounts, stocks, warrants, securities, benefits from trusts, 401-K's, and the like;

58. All accounts, deposits, escrow accounts, lotteries, overpayments, prepayments, prizes, rebates, refunds, returns, Treasury Direct Accounts, claimed and unclaimed funds; and all records and records numbers, correspondence, and information pertaining thereto or derived there from;

59. All stockpiles, collections, buildups, amassment, and accumulations, however small, of Federal Reserve Notes (FRNs), gold certificates, silver certificates; and all other types and kinds of cash, coins, currency, and money delivered into possession of Secured Party;

60. All drugs, herbs, medicine, medical supplies, cultivated plants, growing plants, inventory, ancillary equipment, supplies, propagating plants, and seeds; and all related storage facilities and supplies;

61. All fitness and/or sports equipment intended to increase vitality, fitness, and health; and whole food complexes, vitamin, mineral, and other supplements to the diet for the same health and fitness purposes; and all juicers, grinders, dehydrators, and storage and delivery devices or equipment;

62. All products of and for agriculture; and all equipment, inventories, supplies, contracts, and accoutrements involved in the planting, tilling, harvesting, processing, preservation, and storage of all products of agriculture;

63. All plants and shrubs, trees, fruits, vegetables, farm and garden produce, indoors and out, watering devices, fertilizers and fertilizing equipment, pots, collections of plants, e.g., bonsai, dry or live assortments of flowers and plants, or anything botanical;

64. All farm, lawn, and irrigation equipment, accessories, attachments, hand tools, implements, service equipment, parts, supplies, and storage sheds and contents;

65. All fuel, fuel tanks, containers, and involved or related delivery systems;

66. All metal-working, woodworking, and other such machinery; and all ancillary equipment, accessories, consumables, power tools, hand tools, inventories, storage cabinets, tool boxes, work benches, shops, and facilities;

67. All camping, fishing, hunting, and sporting equipment; and all special clothing, materials, supplies, and baggage related thereto;

68. All rifles, guns, bows, crossbows, other weapons, and related accessories; and the ammunition, reloading equipment and supplies, projectiles, and integral components thereof;

69. All radios, televisions, communication equipment, receivers, transceivers, transmitters, antennas, towers, etc.; and all ancillary equipment, supplies, computers, software programs, wiring, and related accoutrements and devices;

70. All power-generating machines or devices; and all storage, conditioning, control, distribution, wiring, and ancillary equipment pertaining to or attached thereto;

71. All devices, engines, fixtures, fans, plans needed for the production or storage of electrical energy;

72. All computers and computer systems and the information contained therein; as well as all ancillary equipment, printers, and data compression or encryption devices, processes, and processors;

73. All office and engineering equipment, furniture, ancillary equipment, drawings tools, electronic and paper files, and items related thereto;

74. All water wells and well-drilling equipment; and all ancillary equipment, chemicals, tools, and supplies;

75. All shipping, storing, and cargo containers, and all chassis, truck trailers, vans, and the contents thereof; whether on-site, in transit, or in storage anywhere;

76. All building materials and prefabricated buildings; and all components or materials pertaining thereto, before or during manufacture, transportation, storage, building, erection, or vacancy while awaiting occupancy thereof; All communications and data; and the methods, devices, and forms of information storage and retrieval, and the products of any such stored information;

PROPERTY LIST – Shane-Christopher:Buczek
Page 3 of 8

2009-344-6800-0, Attachment 5 of 26

Revenue Tracking Number
1 2 3 0 8 3 0
12/09/09   47.00

78. All artwork and supplies, paintings, etchings, photographic art, lithographs, and serigraphs, etc., and all frames and mounts pertaining to or affixed thereto;

79. All food; and all devices, tools, equipment, vehicles, machines, and related accoutrements involved in food preservation, preparation, growth, transport, and storage;

80. All construction machinery; and all ancillary equipment, fuels, fuel additives, supplies, materials, and service equipment pertaining thereto;

81. All medical, dental, optical, prescription, and insurance records, records numbers, and information contained in any such records or pertaining thereto;

82. The Last Will and Testament from any source;

83. All inheritances gotten or to be gotten;

84. All wedding bands and rings, watches, and jewelry;

85. All household goods and appliances, linen, wardrobe, toiletries, furniture, kitchen utensils, cutlery, tableware, cooking utensils, pottery, antiques, etc.;

86. All musical instruments, whether new or old, including brass, woodwinds, percussion, strings, etc.;

87. All children's toys, clothing, playthings, and possessions of any type or amount;

88. All businesses, corporations, companies, trusts, partnerships, limited partnerships, organizations, proprietorships, and the like, now owned or hereafter acquired; and all books and records thereof and therefrom; all income therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

89. All ownership, equity, property, and rights to property now owned or held or hereafter acquired in all businesses, corporations, companies, partnerships, limited partnerships, organizations, proprietorships, and the like; and all books and records pertaining thereto; all income therefrom; and all accessories, accounts, equipment, information, inventory, money, spare parts, and computer software pertaining thereto;

90. All packages, parcels, envelopes, or labels of any kind whatsoever which are addressed to, or intended to be addressed to, Debtor or natural man Secured Party, whether received or not received;

91. All telephone numbers;

92. All signatures on all applications for and all value associated with all certificates of birth documents of the natural man Secured Party, all certificates of naturalization of the natural man Secured Party, and all said documents themselves;

93. All signatures on all applications for and all value associated with all certificates of birth documents of all children and grandchildren of the natural man Secured Party, and all said documents themselves;

94. All signatures on all applications for social security numbers, and all value associated with all accounts, 131-68-**XXXX**;

95. All signatures on all applications for social security numbers for all children and grandchildren of the natural man Secured Party, and all value associated with all accounts: ;

96. All value associated with the private contract trust account number of the natural man Secured Party: **1316XXXX**;

97. All value associated with the private contract trust account numbers of all children and grandchildren of the natural man Secured Party: MUST BE UNDER 18 SSN AND BC NUMBER DOB AND XXXX

98. All signatures on all applications for and all value associated with: NEW YORK STATE DEPARTMENT OF HEALTH BUREAU OF VITAL RECORDS CERTIFICATE OF BIRTH RECORD DISTRICT 1401 REGISTER NUMBER REGISTER NUMBER NAME AND ENTITY SHANE CHRISTOPHER BUCZEK FEB.24,1970 9:14 AM ERIE COUNTY,BUFFALO,NEW YORK   Mercy Hospital Account number 389684 Sign by CITY CLERK RIGISTRAR OF VITAL STATISTICS GERALD A.CHWALINSKI THE CITY OF BUFFALO, NEW YORK.

A. Driver License #: 120XXXX – NEW YORK

B. FLORIDA Driver License #:B220-783-70-XXX-X

C. United States of America PASSPORT #: 10323XXXX

D. Apostile 05-0XXXX,NEW YORK STATE CERTIFICATE OF BIRTH REGISTER NUMBER 2144 and 38XXXX

D. WorldServiceAuthority#:339286

*Address101214thStreet,NWSuite205Washington,D.C  20005  (202)638-2662  Fax:  (202) 638-0638 **World Service Authority** District 8 Office#165 Guiping Road, Rose Garden #89

**2009-344-6800-0, Attachment 6 of 26**

Shanghai 200233China District 8 Office#165 Guiping Road, Rose Garden #89Shanghai
200233

Revenue Tracking Number
1 2 3 0 8 3 0

E. Authentication Number DOS AND DOJ 09033212-1 Second Notice of Recission & Reissue Filed 01/08/2009
case number 1:08-cr-00054-WMS-HKS Document 83   16 pages, Authentication Number DOS AND DOJ
09033212-2

E. PSYCHIATRIC REPORT on 6-09-08 Forensic by Dr. Nubia J. Swain, M.D. License No. C519228 DEA
No.BS1245821 RECORDED ERIE COUNTY NEW YORK 2008 Book 107/Page 2081 & Forensic Report By
Stephanie Byrd, M.S. Pre-Doctoral Psychology Intern and Shawn E. Channell,Ph.D. ABPP Board Certified in
Forensic Psychology Federal Medical FMC Devens Ma for BUCZEK,Shane,C. Reg.No. 90656-111 April
27,2009

F. Authentication Number DOS AND DOJ 09033212-2 Petition for Post Settlement and Closure of Account
Pursuant to Public Policy case number 08-cr-054-s Document 111 07/06/2009 13 pages

G. Authentication Number DOS AND DOJ 09035361-1 Supplement Amended Petition for Post Settlement 27
CFR 72.11 48 CFR CH..1.53.228 FOR DEPOSIT OPT.FORMS 90,91 SF 24,25,25a,273,274,275,1402 and
329E case number 1:08-cr-00054-WMS-HKS Document Filed 07/20/2009 56 pages

H. Authentication Number DOS AND DOJ 09033212-3 case number 08-cr-054-s WMS-HKS Document 110
FiledJune 30,2009 10 pages

I. Authentication Number DOS AND DOJ 09033212-4 SUPPLEMENT AMENDED WRIT OF RECOGNITIONE
ADNULLANDA NOTICE OF MISTAKE OF NON-CONSENT,LODGMENT AND COMMERICAL SURRENDER
AFFIDAVIT IN SUPPORT,AND PETITION TO DISMISS FOR LACK OF RATIFICATION OF COMMENCEMENT
case number 1:08-cr-00054-WMS-HKS Document Filed 07/08/2009 16 PAGES Authentication Number DOS
AND DOJ 08021989-1 INDICTMENT ON COUNTER CLAIM 3-24-2008 CASE 08-CR-054 (23) PAGES

J. Authentication Number DOS AND DOJ SUPPLEMENT AMENDED WRIT OF RECOGNITIONE
ADNULLANDA NOTICE OF MISTAKE OF NON-CONSENT,LODGMENT AND COMMERICAL SURRENDER
AFFIDAVIT IN SUPPORT,AND PETITION TO DISMISS FOR LACK OF RATIFICATION OF COMMENCEMENT
case number 1:08-cr-00054-WMS-HKS Document Filed 07/16/2009 41 PAGES

K. NATIONAL REPUBLIC REGISTRY 900 North Walnut Creek Dr. Suite 100 #283 Mansfield, Texas 76063
41pagesrecordedAUGUST21,2009AT 12:07:35PM
www.nationalrepublicregistry.com/public/NY 2009 08 21 000001.pdf

L. DOCUMENT TITLE: Act of State APOSTILLE 05-03248 June 29,2005  By: Shane-Christopher: Buczek
Declaration in a form of an affidavit of true identity CFN # 105219069 OR BK 40157 Page 1848, 4 Pages
RECORDED 07/26/2005 at 4:50 PM Broward County Commission, Deputy Clerk 1033

M. PRIVATE DISCHARGING AND INDEMNITY BOND USPS REGISTERED MAIL TRACKING RR 353 687 187
US $ 500,000,000.00 Five Hundred Million U.S. Dollars Expiration 6-112039 Sent to: Tim G. Geithner Secretary
of the Treasury 1500 Pennsylvania Avenue NW Washington DC [20220]

N.NYS DOS UCC Public Filing 200807198293274 & 428341 2008 Jul 19 PM04:51 at 99 Washington Avenue
,Albany, New York [12231-0001]

O. Affidavit of Silver Surety RECORDED: INSTR # 108027668 OR BK 45544 Pages 829-830 07/21/08 16:25/43
BROWARD COUNTY COMMISSION DEPUTY CLERK 2130

P. Private Discharging and Indemnity Bond USPS CERTIFIED MAIL TRACKING 7007 1490 0000 0934 4066
One Billion Dollars USD

Q. CASE NO.90-9-092 Cheektowaga Town Court 3223 Union Road

PROPERTY LIST – Shane-Christopher:Buczek
Page 5 of 8

Cheektowaga, NY 14227 Email courtadmin@cheektowagacourt.com   Revenue Tracking Number
Fax criminal (716) 686-3553

1 2 3 0 8 3 0

R. CASE NO.1994MM1725-W & CASE NO.1994MM12880-O: Orange County Court 425 North Orange Avenue Orlando,Florida [32802] EIN 59-6000772

S. CASE NO. 97CR122748 & 97CR44937 Mecklenburg County District Court 832 East Fourth Street Charlotte, NC [28202] Phone 704.686.0400 EIN 56-6047499

T. CASE NO. OO-2376 *Erie County Clerk's Office* Kathy Hochul, Erie County Clerk 92 Franklin Street, Buffalo, New York 14202 Phone 716.858.8865 EIN

U. CASE NO. 2005er 18516F Buffalo City Clerk's Office 50 Delaware Avenue Buffalo, New York [14202] & habeas corpus IND NO. I 2007-2456 & CASE NO.2007-APR 082 *Erie County Clerk's Office* Kathy Hochul, Erie County Clerk92 Franklin Street, Buffalo, New York 14202 Phone 716.858.8865 EIN 16.6002558

RECORDED DOCUMENTS FOR CASE NO.2005ER 18516F

* CFN 106282071,OR BK 42460 PAGE 1017, Page 1 of 10, Recorded 07/25/2006 03:48 PM Broward County Commission, Deputy Clerk 2160: BRIEF LEGAL DESCRIPTION US CODE TITLE 18 TITLE 42 TORT DAMAGE
* REGISTERED MAIL # RC 013 154 840 US : Recorded Broward County CFN # 106855277, OR BK 43639 Page 542, Page 1 of 6, recorded 02/21/2007 at 5:01 PM Deputy Clerk 2020: Request for Current Oath of Office & Surety Bond, OFFICIAL NOTICE/DEMAND To: MOLLY JO MUSARRA ASSISTANT DISTRICT ATTORNEY 25 DELAWARE AVENUE BUFFALO, NEW YORK 14202
* CFN 106147141, OR BK 42179 Page 425, Page 1 of 2, Recorded 06/08/2006 at 2:21 PM Broward County Commission, Deputy Clerk 2090

V. CASE NO.06-2321MM10A & CASE NO.08-40433(08) Broward County Clerk's office 201 SE 6th Street Fort Lauderdale, Florida [33301] 954.831.7913

W.REGISTERED MAIL RC 013 154 725 US COUNTERCLAIM: FALSEIMPRISONMENT, KIDNAPPING, ASSAULT, BATTERY, TRESPASS, THEFTPERJURYAND OFFICIAL OPPRESSION (IN THE COUNTY COURT IN AND FOR BROWARD COUNTY, FLORIDA) RECORDED CFN # 106341539, OR BK 42580 Page. 1 to 9, Recorded 08/11/2006 04:43 PM, Broward County Commission, Deputy Clerk 2090

X. CASE NO.1:08-CR-00054,1:09-CR-00121,1:09-CR-00141 United States District for Western District of New York Shane Christopher Buczek   ID # 90656-111

Y. Orchard Park High School ID. 334325 4040 Baker Rd Orchard Park, New York 14127-2098(716) 209-6243

Z. Student ID. 800070902 State University of New York College at Brockport 350 New Campus Drive Brockport New York 14420-2938

AA. Student ID: 0088381 REGISTRAR'S OFFICE Erie Community College-South S-4041 South Western BLVD. Orchard Park, New York 14127-2199

BB.HSBC/BEST BUY # 7001 0621 2448 6055 P.O. BOX 80026 SALINAS, CALIFORNIA [93912]

PROPERTY LIST – Shane-Christopher:Buczek
Page 6  of 8

**2009-344-6800-0, Attachment 8 of 26**

EIN 16.12455395

Revenue Tracking Number
1 2 3 0 8 3 0

CC. VIN 5N1ED28TX4C643461 YEAR MODEL 2004 MAKE NISSAN BODY STYLE (SUV) TITLE
NO. LS83060  REGISTRATION WEIGHT :3855 DATE ISSUED 05/25/2005  12/09/09  47.00

99.   All signatures on all applications for and all value associated with all passports for the natural man Secured
      Party and his children and grandchildren;
100.  All documents as recorded in the public record by and for the natural man Secured Party as indicated herein;
101.  All signatures on all applications for and all value associated with all marriage licenses;
102.  All private marriage contracts;
103.  All signatures on all applications for and all value associated with all professional licenses;
104.  All private addresses of the natural man Secured Party as indicated herein;
105.  All signatures on all applications for and all value associated with all public addresses;
106.  All private, registered, bond/account numbers; and all bonds and notes tendered to any and all entities,
      including the Department of the Treasury, banks, creditors, corporations, etc.

SCBC2240XXXX

REGISTERED MAIL NUMBERS:
RA 127 154 811 US, RA 825 470 072 US

COMMERCIAL SECURITY AGREEMENT  CPM06012007-RC 013 260 097 US

Request for Current Oath of Office & Surety Bond RC 013 154 875 US 02/11/2007
CFN # 106832806, OR BK 43598 Page 1995, Page 1 of 7, Recorded 02/13/2007
05:14 PM, BROWARD COUNTY COMMISSION, Deputy Clerk 1016

Request for Current Oath of Office & Surety Bond RC 013 154 840 US CFN # 106855277, OR BK 43598
Page 1995, Page 1 of 7, Recorded 02/21/2007 05:01 PM, BROWARD COUNTY COMMISSION, Deputy
Clerk 2020

APPOINTMENT OF FIDUCIARY CFN # 106147141, OR BK 42179 Page 425, Page 1 of 2, Recorded
06/08/06 2:21 PM Broward County Commission, Deputy Clerk 2090

107.   Any and all property not specifically listed, named, or specified by make, model, serial number, etc., is
expressly herewith included as collateral of the natural man Secured Party.

These items of property cannot be taken, used, duplicated, confiscated, confined, restrained, abused, damaged,
influenced, or remove from the Secured Party, **Shane-Christopher:Buczek**, without his voluntary, written permission.

Any violation of this agreement will constitute a penalty of 100 billion United States Silver Dollars
($100,000,000,000.00) of .999 fine silver, per occurrence, per officer or agent involved.

This is a contract in admiralty, and you may rebut this contract within 21 (twenty-one) days. Rebuttal must be per
conditions found in the Legal Notice and Demand that is on file, along with this document, in the REGISTER OF
DEEDS OFFICE IN WASHIINGTON COUNTY, OREGON.

Date: _December 9, 2009_

LS: _Shane- Christopher: buczek_
**Shane-Christopher: Buczek, Secured Party**
**ALL RIGHTS RESERVED**

PROPERTY LIST – Shane-Christopher:Buczek
Page 7 of 8

**2009-344-6800-0, Attachment 9 of 26**

Revenue Tracking Number

1 2 3 0 8 3 0

12/09/09   47.00

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## ACKNOWLEDGEMENT OF NOTARY

STATE OF ___New York___ )

COUNTY OF ___Erie___ ) ss:

On the __9th__ day of __December__, two thousand-nine, before me, ___Linda M. Potwora___,

Notary, personally appeared **Shane-Christopher:Buczek**, known to me (or proved to me on the basis of satisfactory evidence of identification) to be the living **man** whose name is subscribed upon this instrument and acknowledged to me that he executed the same in **his** authorized capacity; and by his signature on this instrument, **Shane-Christopher:Buczek** has acted on behalf of the person who executed this instrument.

SEAL

Witnessed by my hand and official seal,

_Linda M. Potwora_

My Commission Expires: __2/28/20,0__

LINDA M. POTWORA
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
MY COMMISSION EXPIRLS FEB. 28, 20 _10_

PROPERTY LIST ~ Shane-Christopher:Buczek
Page 8 of 8

# ATTACHMENT "A" - DEFINITIONS

Revenue Tracking Number
1 2 3 0 8 3 0

1. **Unlawful Arrest**: Means restricting a man's or woman's right to move about freely without the proper use of a lawful 4th amendment warrant signed by a judge of competent jurisdiction while under oath. This includes unnecessary use of restraint devices, traffic stops, raids, or any other type of interaction, when an officer is presented with and ignores a "Notice and Demand," "Public Servant's Questionnaire," "Right to Travel" Documents, or other documents notifying the officer of the sovereign, lawful rights of the Natural Man or Woman Secured Party, created by God, who is not to be confused with the Corporate Fiction "Strawman" which was created by the state. This includes arrest when a Natural Man or Woman Secured Party is incarcerated for refusing to sign any citation; arrest due to contempt of court when he or she is not violent or a physical threat to the court; arrest by Internal Revenue Service for failure to produce books, records, or other documents; arrest and refusal of Habeas Corpus; arrest for conspiracy of any kind without lawfully documented affidavits from at least three (3) eye witnesses, signed under oath and penalty of perjury.

2. **Illegal Arrest**: Means same as above item # 1, "**Unlawful Arrest.**"

3. **Unlawful Detention**: Means restraining a Natural Man or Woman Secured Party's freedom of movement, and/or Right to Travel, against his will for more than sixty (60) seconds without a properly authorized lawful 4th amendment warrant signed by a judge of competent jurisdiction while under oath. This includes routine traffic stops, raids, random identification checks, security checks, only after the officer, agent, or representative has been notified by the Natural Man or Woman Secured Party of his status and after the officer has been given documents to prove said status, along with up to ten (10) minutes for officer to examine said documents.

4. **Unlawful Distraint**: Means seizure or taking of any property that is lawfully owned or in possession of the Natural Man or Woman Secured Party without proper probable cause, and/or due process, and lawful 4th amendment warrant. This includes any seizure by any officer, agent, representative, in any capacity, or relationship with the "UNITED STATES" or any of its agencies, contractors, subdivisions, subsidiaries, or the like.

5. **Lawful 4th Amendment Warrant**: Means a warrant that follows the provisions of the 4th amendment to the original "Constitution for the united States of America." This warrant must not deter from the exact procedures as outlined by the 4th Amendment.

6. **Right to Speedy Trial**: Means trial will commence within 90 days of the date of arrest.

7. **Interstate Detainer**: Means the same as unlawful detainer as when involving a Natural Man or Woman Secured Party and involving more than one agency or state of the corporation, or any representative, agent, or officer who has any agreement with, contract with, or permission to act on behalf of any municipal corporation of the "UNITED STATES" or any subsidiary or sub-corporation thereof.

8. **Unlawful Restraint**: Means any action by any officer, agent, representative, contractor, associate, officer of the court, or the like, to prevent, coerce, intimidate, hinder, or in any way limit the right of a Natural Man or Woman Secured Party from any type of freedom of legal/ lawful speech, travel, movement, action, gesture, writing, utterance, or enjoyment of any right or privilege that is commonly enjoyed by any member of the public, or any Sovereign.

9. **Freedom of Speech**: Means the right to speak open and plainly without the fear of reprisal. This includes the right of a Natural Man or Woman Secured Party to speak at hearings and trials, before magistrates, judges, and officers of the court, agents, representatives, or the like, of the "UNITED STATES." It also means that no attempt to suppress this right will be made by any officer of the court or of the "UNITED STATES" corporation. No judge or officer of any court or tribunal will threaten contempt of court for free speech by any Natural Man or Woman Secured Party.

10. **US Dollars**: Means the currently recognized medium of exchange as used by the general public at the time of offense, at par value, equal to a one ounce silver dollar equivalent per each dollar unit, as represented in a claim. All claims and damages will be paid at par value as indicated. Par value will be established by written law or the value established by the US MINT, whichever is higher at the time of the offense, for the purchase of an official, one troy ounce, .999 fine silver coin.

11. **Obstruction of Justice**: Means any attempt by any officer of the court or representative of any agency that represents the "UNITED STATES," or any of its subdivisions, agencies, contractors, etc., to deprive, hinder, conceal, coerce, or threaten a Natural Man or Woman Secured Party in an attempt to prevent any and every opportunity to legally/lawfully defend himself by attempting to produce and file lawful documents and or testimony to agents, officers, judges, magistrates, the court, clerk of the court, representatives, or investigators in order to settle any legal/lawful controversy. This also includes any attempt by a judge or officer of the court to hinder the Natural Man or Woman Secured Party from filing, recording, admitting, presenting, discussing, questioning, or using any evidence, document, paper, photographs, audio and/or video recordings, or any other type of evidence that he desires to submit as evidence in any type of court proceeding. The

Revenue Tracking Number

determination of what is evidence and what will be admitted is to be solely determined by the Natural Man or Woman Secured Party. Any evidence will be tried on merits of the lawful content and validity. Any Judge or officer of the court who attempts to suppress or dismiss legal or lawful evidence will voluntarily surrender all bonds, insurance, property, corporate property, bank accounts, savings accounts, or any corporate property of value to the Natural Man or Woman Secured Party upon written demand and surrender all rights to and defenses against said property. This also includes evidence that is supported by case law. This includes attempts by any officer of the court to make motions, to issue orders such as gag orders, or to use any other means of keeping information suppressed from the public or the official record. The determination of whether the acts of the court are an attempt to suppress evidence will be solely determined by the Natural Man or Woman Secured Party. This also includes the provision as indicated in item # 18 "**Racketeering.**"

12. **Excessive Bail:** Means any amount of bail set at an unreasonable rate as per the 8th amendment of the "Constitution for the united States of America." This also means bail in excess of the amount of the fine, penalty, or penal sum that is associated with the alleged crime committed. This also means that if a Natural Man or Woman Secured Party has lived as an upstanding member in a community or area for more than one year, works a regular job, or is a member of or involved with a church group, civic group, community enterprise, or can produce at least two affidavits from members of his community or area stating that he is involved with his community, he cannot be held without bail as a flight risk or a threat to society. If the Natural Man or Woman Secured Party can produce at least four (4) affidavits stating that he lives, works, and is involved in his community, or the prior community in which he lived, he must be released on his own recognizance without any bail required. This provision does not apply to anyone charged with rape, murder, or violent crimes.

13. **Cruel and Unusual Punishment:** Means physical violence of any type or form that is used against a Natural Man or Woman Secured Party and that causes invisible or undetectable or visible physical injury, e.g., marks, scrapes, scratches, bruises, abrasion, avulsions, fractures, sprains, restraint marks, dislocations, punctures, cuts, loss of blood, loss of body fluids, etc. This includes any other type of physical stress to the body or any chemically-induced, altered mental state of the Natural Man or Woman Secured Party. This also includes any attempt to incarcerate; restrain; question; detain; withhold food when requested; withhold drink when requested; withhold medications as requested; withhold use of bathroom facilities and supplies when requested; withhold reading and writing materials; withhold communication with friends, family, legal counsel, and religious counsel; withhold legal library and internet access; withhold proper clothing as needed for comfort; withhold blankets when requested; withhold hot and cold water for showers; withhold freedom when requested. This also includes ridicule, coercion, threats, verbal insults, rude and offensive language, veiled threats, or any other type of mental stress or anguish.

14. **Conspiracy:** Means the cooperation of two or more persons working together to restrict, suppress, inhibit, or in any way deprive a Natural Man or Woman Secured Party of any right, benefit, or privilege that would ordinarily be offered by the "Constitution for the united States of America" and the Honorable "Bill of Rights" to any member of the general American public, or to a Sovereign. This also includes the provisions in item # 18, "**Racketeering.**"

15. **Victim:** Means any Natural Man or Woman Secured Party who has received direct damages to himself or his property as the result of an unlawful or illegal act by another.

16. **Victimless Laws:** Means any law that is passed or presumed to be passed that creates a violation of law in which no Natural Man or Woman has been damaged. This includes any statute, ordinance, regulation, policy, or color of law provision. These types of laws will not be used in any action, of any kind, against any Natural Man or Woman Secured Party.

17. **Aiding and Abetting:** Means the efforts of any officer, agent, or representative of the "UNITED STATES" or officer of the court to assist another of the same to hinder, coerce, restrict, resist, suppress, or deprive in any way, a Natural Man or Woman Secured Party from receiving any and all rights, benefits, or privileges, as provided by the "Constitution for the united States of America," and/or the Honorable "Bill of Rights," or that would normally be offered to the general American public, or to a Sovereign. This also includes the provisions as provided in item # 18 "**Racketeering**" and suppression of evidence.

18. **Racketeering:** Means any attempt by any two or more officers of the corporation to restrict, suppress, coerce, manipulate, inhibit, or in any way deprive a Natural Man or Woman Secured Party from receiving every right, benefit, or privilege that is outlined by the "Constitution for the united States of America," and/or the Honorable "Bill of Rights." This also includes any effort by the officers of the court to hinder in any way the introduction of evidence, law, facts, affidavits, statements, witness testimony, or any information that is considered relevant by the Natural Man or Woman Secured Party, or any attempt to prevent a jury from hearing this evidence. This also includes any attempt to prevent this evidence from being heard in a public forum and before any and all members of the general public, as many as can be accommodated by the main courtroom. All hearings, tribunals, or trials will be held in a public place; and any and all members of the general public will be allowed

Revenue Tracking Number

1 2 3 0 8 3 0

to attend, without restriction. This also includes questioning and/or interrogation by police officers before, during, and after an arrest.

19. **Federal Zone:** Means any land, property, building, area, zone, 911 zone, or postal zone that is presumed to be within the territorial jurisdiction of the "UNITED STATES" or any of its representatives as defined herein. This does not include any land, property, building, structure, dwelling, area, zone that is held by deed, title, warranty deed, contract, or any written or verbal agreement, or any such thing by a Natural Man or Woman Secured Party who is located outside of THE DISTRICT OF COLUMBIA and WASHINGTON, D.C. proper. All privately held properties of any type that are being held by any Natural Man or Woman Secured Party are excluded from any federal zone or any jurisdiction of any representatives of the "UNITED STATES" or any of its territories. This is fact and may be presented in any court by affidavit of any Natural Man or Woman Secured Party of interest involved in any interaction with the "UNITED STATES" or any of its representatives, as outlined in this contract.

20. **State:** Means any of the forty-eight areas known as states of the "united States of America" which is not the same as the "UNITED STATES" corporation. These forty-eight states are designated by Upper and Lower Case spelling of the name of each state, vs. UPPER CASE spelling. The ALL UPPER CASE NAME denotes a STATE that is a part of the "UNITED STATES" corporation, whereas the spelling of the Upper and Lower Case Name denotes that it is not a part of the "UNITED STATES." This will be determined by the Natural Man or Woman Secured Party as a condition of this contract. The Natural Man or Woman Secured Party will also determine whether or not his state is a part of the jurisdiction of the "UNITED STATES"; and his decision shall not be challenged by any representative of the "UNITED STATES." The Natural Man or Woman Secured Party will determine if the alleged offense occurred within the limits of the "UNITED STATES." A violation of this provision will be Unlawful Determination and punishable as indicated by this contract agreement.

21. **Trespassing/Trespass:** Means the entry into or onto the domain, property, residence, area, location, grounds, dwellings, buildings, barns, sheds, factories, warehouses, garages, shops, caves, structures, lands, storage areas, tunnels, automobiles, trucks, safe houses, underground shelters, automobiles, motor vehicles, recreational vehicles, boats, planes, trains, ships, containers, vans, heavy equipment, farm implements, culverts, driveways, trees, yards, real property, real estate, land, etc., of the Natural Man or Woman Secured Party without his express written permission, or without a lawfully executed (4th) amendment warrant. Any and all agents or representatives of the corporation will fully and completely observe any and all protections as outlined in the "Constitution for the united States of America" and/or the Honorable "Bill of Rights." Any personal property that is damaged, lost, stolen, or misplaced, etc., will be recoverable as indicated in this Notice and Demand document. I solemnly swear and affirm that I do not have any illegal contraband on my property; I have never had any illegal contraband on or around my property and never will. Any contraband, if it is found on my property, would have been placed there by the officers or agents during the time of trespass. I simply do not allow it on my property. Contraband or illegal items if they are found in a search do not belong to me and may not be used in any attempt in any claim against me. Any and all officers, agents, and representatives of the corporation will be held individually liable for the full amount of damages as outlined in this Notice and Demand document for trespassing.

22. **Natural Man or Woman Secured Party:** Means any flesh and blood, living, breathing Man or Woman, created by God, who notifies any representative of the corporation, verbally or in writing, that he is a Sovereign, Non "UNITED STATES" corporate citizen, free man or free woman, and not subject to the jurisdiction of the corporation or any of its representatives. This is not to be confused with the Fictitious Legal Entity that was created by the state and is represented by an ALL CAPITAL LETTER NAME. Any attempt to notify any officer, agent, or representative of the status of the Natural Man or Woman Secured Party will be sufficient notice. Sufficient notice will be determined by oath, statement, or affidavit by the Natural Man or Woman Secured Party; and the validity of such will not be challenged by any officer of the court.

23. **County or City:** Means any subdivision of any state of the "united States of America." This subdivision excludes any jurisdiction, zone, or territory of the "UNITED STATES" corporation that is described by the Natural Man or Woman Secured Party in ALL CAPITAL LETTERS. Any dispute over any errors contained in spelling or grammar will be resolved at the discretion of the Natural Man or Woman Secured Party and will not be challenged by any representative of the corporation.

24. **Agency, Entity, Department, Subdivision, Subsidiary, Contractor, Employee, Inspector, Investigator, Organization, Officer, Agent, Authorized Representative, Policeman, Participant:** Means any person, corporation, or entity of any kind which works for, is compensated all or in part by, receives funds from, collects funds for, contracts with, receives any benefit from, receives any privilege from, participates with, has allegiance to, or in any way has a relationship with the "UNITED STATES" or any of its subsidiaries, sub-corporations, departments, or agencies, etc.

25. **Contract:** Means any agreement in writing that has been offered for review and acceptance by another party wherein the offering party has ten (10) days or more, or as stipulated in the contract, to review, respond, accept, or rebut any provisions of the contract as indicated in the contract. Non response on the part of the

receiving party or agent of the receiving party will be a lawful offer and acceptance of all the terms and conditions contained in said contract. Rebuttal by the receiving party of any provision of the contract by any other means than is indicated in the contract will be non response. Return of the contract unopened and/or without review will be acceptance of all conditions of said contract. Recording the contract with the clerk of court or any public records officer will be a lawful offer and notification and will be presentment to all officers of the court in that state or county. **Notice to Agent is Notice to Principal. Notice to Principal is Notice to Agent.**

26.  **False Imprisonment:** Means any attempt by any officer of the court or corporation to incarcerate any Natural Man or Woman Secured Party against his will and/or against any and all protections of the laws and provisions of the "Constitution for the united States of America" and/or the Honorable "Bill of Rights".

27.  **Representative:** Means any agent, agency, department, officer, investigator, entity, subsidiary, sub-corporation, contractor, employee, inspector, individual, or corporation that has any affiliation or association with, collects or distributes funds for, does any task for, receives any benefit or privilege from, of, or for the "UNITED STATES." This includes anyone or anything that represents the interests of, or is being funded by, or receives funds from, or has any attachment to the "UNITED STATES" or any of its subdivisions or sub-corporations.

28.  **Corporation:** Means any representative, agency, sub-corporation, contractor, or any person or entity that is employed by, receives or distributes funds for, receives any benefit or privilege from, or has any relationship of any kind with the "UNITED STATES" corporation.

29.  **Interpretation:** Means if any conflict arises concerning the definition of any of the terms and/or conditions of this contract, the conflict concerning the meaning of the term or condition will be decided by the Natural Man or Woman Secured Party. His decision will be final and not subject to review or argument. No liability or penalty will be incurred by the Natural Man or Woman Secured Party due to his interpretation of such terms and or conditions.

30.  **Corporate Capacity:** Means acting for, or on behalf of, a corporation, or government entity, while under law or color of law.

31.  **Legal Counsel:** Means anyone that a Natural Man or Woman Secured Party chooses to have as legal assistance of counsel, whether counsel is licensed or not, or a member of the Bar Association. Counsel may assist represent, speak on behalf of, write cases for, or perform any act in or out of court for the Natural Man or Woman Secured Party without any hindrance, threat, prosecution, charge, repercussion, etc., from any officer of the court, or representative of the "UNITED STATES" corporation, or any representative, officer, or agent thereof.

32.  **Abuse of Authority:** Means anyone who denies, withholds, refuses, deprives, limits, inhibits, counteracts, conceals any right, benefit, protections, or privilege, as protected by the "Constitution for the united States of America" and/or the Honorable "Bill of Rights." This includes arrest or detainment without documented evidence that a lawful crime has been committed by the Natural Man or Woman Secured Party. This includes use of restraint devices on a Natural Man or Woman Secured Party and/or physical abuse that makes or does not make any marks, scars, cuts, abrasions, or the like. This also includes denial of lawful Due Process, Habeas Corpus, Excessive Bail, Unlawful Arrest, Unlawful Detention, or the like, as outlined in this contract.

33.  **Verbal Abuse:** Means the use of offensive and/or threatening, spoken words, body language, and non-verbal gestures or actions by any representative of the corporation as defined herein upon a Natural Man or Woman Secured Party. If a controversy arises about an incident, the version told by the Natural Man or Woman Secured Party will be accepted as truth and will not be contested.

34.  **Assault and Battery with Weapon:** Means any actual, threatened, or perceived use of any weapons, by any representative of the "UNITED STATES" corporation, against the Natural Man or Woman Secured Party, that creates an atmosphere of fear for the Natural Man or Woman Secured Party. This includes non lethal weapons such as tasers, stun guns, mace, pepper spray, any chemical used to incapacitate, rubber bullets, shock force weapons, electronic weapons, or any other type of weapon that may be used to control or to create fear. If a conflict arises about the events, the version told by the Natural Man or Woman Secured Party will be accepted as truth and will not be contested.

35.  **Unfounded Accusations:** Means any accusation, charge, or claim, civil or criminal or in admiralty, that is alleged or made by any representative of the "UNITED STATES" corporation as defined herein that is not proven by written, documented evidence presented under oath and penalty of perjury by an authorized agent or representative of the corporation. The accuser has eight (8) hours to provide said documents to be reviewed and to put them into the possession of the Natural Man or Woman Secured Party; and failure to do so will be Unfounded Accusations and subject to the penalties contained herein.

36.  **Encroachment:** Means to invade, intrude, or in any way prevent a Natural Man or Woman Secured Party the full and complete use of property, including trespass or impeding ingress or egress to the property of a Natural

Revenue Tracking Number

Man or Woman Secured Party; and to limit the ability of a Natural Man or Woman Secured Party to freely access, claim, hold, possess, use, convey, sell, rent, lease, barter, exchange, or in any way make full and unfettered use of his property. This includes the application of unlawful liens and encumbrances of any and all property including wages; salaries; stocks; bonds; bank accounts (foreign or domestic); savings accounts; contents of safety deposit boxes; gold; silver; notes; insurance funds; annuities; retirement accounts; social security benefits; motor vehicles; automobiles; recreational vehicles; land; real estate; homes; structures; roads; driveways; personal property of any kind that is held by title, deed, contract, lease, agreement (written or verbal), or is in possession of a Natural Man or Woman Secured Party. This includes, but is not limited to, traffic stops; searches of vehicles; home invasion; confiscation of any lawful property owned by, in possession of, or under the control of the Natural Man or Woman Secured Party.

37.  **Assault and Battery without a Weapon**: Means the verbal abuse or physical contact, of any kind, upon a Natural Man or Woman Secured Party without his express voluntary written consent. If a conflict arises about the facts involving the incident, the version as told by the Natural Man or Woman Secured Party will be accepted as truth, without question, and will not be contested.

38.  **Abuse of Due Process**: Means any action against a Natural Man or Woman Secured Party, when said action does not abide by all the rights and defenses contained in or represented by the "Constitution for the united States of America" and/or the Honorable "Bill of Rights." This includes any charge, or claim, civil or criminal, or in admiralty, that is alleged or made by any representative of the "UNITED STATES" corporation.

39.  **Denial of Due Process**: Means any attempt by any officer of the court and or corporation to deny, deprive, restrict, prevent, or in any way inhibit the proper Due Process to any Natural Man or Woman Secured Party as outlined in the "Constitution for the united States of America" and/or the Honorable "Bill of Rights." Any public law, statute, regulation, ordinance, home rule, etc., that is incompatible with the aforementioned Constitution and/or Honorable "Bill of Rights" is null and void and will not be used in any action against any Natural Man or Woman Secured Party.

40.  **Unlawful Detainer**: Means any attempt by any officer of the court or representative of the corporation to arrest, check, hinder, delay, possess, hold, keep in custody, restrain, retard, stop, withhold a Natural Man or Woman Secured Party without affording him every protection as outlined by the "Constitution for the united States of America" and/or the Honorable "Bill of Rights." Any public law, statute, regulation, ordinance or the like will be null and void and will not be used in any action in which a Natural Man or Woman Secured Party is involved.

41.  **Reckless Endangerment**: Means any attempt by any officer of the court or corporation as defined herein to endanger, attempt or threaten to attempt to endanger the life or property of any Natural Man or Woman Secured Party. This includes dangerous driving in a car, use or threatened use of lethal or non lethal weapons or chemicals, improper use of restraint devices, use of restraint devices on a non-combative Natural Man or Woman Secured Party. If a conflict arises as to whether or not reckless endangerment has occurred, the version of the Natural Man or Woman Secured Party will be considered as truth.

42.  **Failure to Respond**: Means any attempt by any officer or representative of the corporation to ignore, inhibit, withhold, delay, or deny a request for information from a Natural Man or Woman Secured Party.

43.  **Failure to Charge within Forty Eight (48) Hours**: Means any attempt by any officer or representative of a corporation to delay, inhibit, prevent, or in any way stop a Natural Man or Woman Secured Party from being lawfully charged by the court within forty-eight (48) hours of arrest.

44.  **Failure to Identify**: Means any time a Natural Man or Woman Secured Party has interaction with any officer or representative of the court or corporation, the officer or representative must, upon request of the Natural Man or Woman Secured Party, provide proper identification, written proof of authority, state what his business is with the Natural Man or Woman Secured Party, complete a "Public Servant's Questionnaire" in advance of arrest or detention, provide documentation properly identifying the officer or respondent superior's name and contact information, and any other relevant information as requested by the Natural Man or Woman Secured Party. The officer may not detain the Natural Man or Woman Secured Party for more than ten (10) minutes while he obtains and provides this information.

45.  **Counterfeiting Statute Staple Securities Instruments**: Means any attempt by any officer or representative of a corporation to copy, duplicate, replicate any document that has "Statute Staple Securities Instrument" typed, printed, or hand written anywhere on the document, without the express, written, voluntary permission of the document's owner who is the Natural Man or Woman Secured Party who filed said document in the public record, or is in possession of said document, or who is the maker of said document. If a dispute about permission to duplicate arises, the statements of the Natural Man or Woman Secured Party will be accepted as fact without question and will not be contested.

46.  **Coercion or Attempt to Coerce**: Means any attempt by any officer or representative of a corporation to threaten, intimidate, deprive, conceal, or in any way prevent a Natural Man or Woman Secured Party from

2009-344-6800-0, Attachment 15 of 26

receiving and/or enjoying any right or privilege that is granted, outlined, or secured by the Constitution for the united States of America" and/or the Honorable "Bill of Rights," or allow another to do so.

47.   **Purchase Price**: Means the new replacement costs of items of property at the time of replacement. This includes locating, packing, shipping, handling, delivery, set up, installation, and any other fee associated with total replacement of property.

48.   **Destruction of Property**:   Means any alteration, damage, deprivation, defacing, removing, changing, breaking, separating, removing parts from, erasing of files from, throwing, shooting, kicking, stomping, smashing, crushing, or the like of any property belonging to or in possession of the Natural Man or Woman Secured Party.

49.   **Deprivation of Rights or Property**: Means the concealment of, keeping from, hiding of, obstructing of any rights, property, or privileges that are outlined or protected by the "Constitution for the united States of America" and/or the Honorable "Bill of Rights."

50.   **Concealment**: Means withholding or keeping information that should normally be revealed, about property and/or rights from a Natural Man or Woman Secured Party. This includes keeping evidence or law from a jury that could favorably alter the outcome of a case to the benefit of the Natural Man or Woman Secured Party. No officer of any court or representative of any corporation may conceal any law and/or any evidence of any kind that is considered relevant by the Natural Man or Woman Secured Party, and/or fail to disclose any law that benefits the Natural Man or Woman Secured Party.

51.   **Defacing**: Means the changing or altering the appearance of an item. This also includes changing or altering the meaning of laws, rights, property, documents, or any other thing that has value as determined by the Natural Man or Woman Secured Party.

52.   **Constitution**: Means, for the purpose of this contract, "The Constitution for the united States of America" circa 1791, as opposed to the "Constitution of the UNITED STATES" corporation circa 1868.

53.   **Bill of Rights**: Means, for the purposes of this contract, the original, Honorable "Bill of Rights" circa 1791.

54.   **Rights and Defenses**: Means one's legal and/or lawful right and/or ability to defend himself in any action. Upon agreement, the defendant in an action may give up his right to defend himself in a given action. This includes tacit agreement or agreement by default; and the Natural Man or Woman Secured Party is never the defendant.

55.   **Willingly**: Means that a Natural Man or Woman Secured Party is in full knowledge, understanding, agreement, and full consent, at all times, without fear of reprisal, threat, or coercion, during any interaction in which he is involved with any agent, officer, or representative of any court or corporation, including incorporated governments.

56.   **Individual Capacity**: Means acting on one's behalf to do a thing. The officer, representative, agent, or the like may be acting under law or color of law and go outside of the capacity of the law and take on a personal liability.

57.   **Artificial Person**: Means a fictitious entity that was created by the state for transacting commerce. This Artificial Man or Strawman is represented by the ALL CAPITAL LETTER NAME that appears to be spelled the same as the name of the Natural Man or Woman and the Natural Man or Woman Secured Party. When the Artificial Person is used in commerce by the Natural Man or Woman Secured Party, it is a transmitting utility.

58.   **Agreement**: Means any contract which is expressed in writing by letters or marks, or expressed orally in spoken words or utterances by a Natural Man or Woman Secured Party. Any question of any agreement or contract will be resolved by an affidavit from the Natural Man or Woman Secured Party. His affidavit will be considered fact in any action or dispute, without question by any officer, agent, or representative of any corporation including incorporated governments.

59.   **Unlawful Determination**: Means any statement, speech, gesture, writing, presentment, or the like that suggests an idea that negatively represents the character, actions, plans, procedures, customs, ways of a Natural Man or Woman Secured Party, or group of Natural Men or Women Secured Parties, that is not proven by documented, authorized, certified, evidence, on and for the record under penalty of perjury. This includes off color statements, accusations, or remarks by a judge or other officer of the court and any other representative of any corporation including incorporated governments.

60.   **Statute Staple Securities Instrument**: Means an edict or proclamation from a Natural Man or Woman Secured Party.

61.   **Clerk of the Public Record**: Means any clerk who records or files documents in the public record who is employed by a city, county, state, municipality, federal government, and/or international, multi-national, or multi-jurisdictional corporation, including incorporated governments.

62.   **Public Record:** Means any document or record that is filed or recorded into the public record by the Natural Man or Woman Secured Party. For example, when this document is recorded at a Register of Deeds Office, it becomes a public record.

63.   **Presumption:** Means legal assumption or inference that places the burden of proof or burden of production on the other party, but never on the Natural Man or Woman Secured Party. No presumption shall prevail against the Natural Man or Woman Secured Party without lawful, documented evidence that supports the presumption which is certified by the officers of the court, on and for the record under penalty of perjury.

64.   **Unalienable Rights:** Means Natural Rights given by God as acknowledged by the Law of Nations and incorporated into the "Bill of Rights," such as, but not limited to, Right to Bear Arms; Freedom of Speech; Right to Trial by a Jury of one's Peers; Right to Due Process; Right of Habeas Corpus; Right to be Exempt from Levy as a Natural Man or Woman Secured Party Creditor; Right to be Secure in One's Private Papers and Effects.

65.   **Right to Travel:** Means the right to freely move about and/or control any type of craft by whatever means, via land, sea, or air, without any interference by any officer, agent, employee, attorney, or judge that in any manner willfully causes adverse affects or damages upon the Natural Man or Woman Secured Party by an arrest, inhibition, detainment, restraint, deprivation, prevention, etc.

66.   **Disrespect:** Means anything said or written to any Natural Man or Woman Secured Party, about him or his, that he does not like, including body language, or anything that makes him or any reasonable man uncomfortable or fearful.

67.   **The Placing or Filing of an Unlawful Lien, Levy, Garnishment, or Attachment:** Means any attempt by any officer, agent, or representative of a corporation to place a lien, levy, garnishment, or attachment on the property or collateral of a Natural Man or Woman Secured Party, herein referred to as Secured Party. Any said officer, agent, or representative must first prove his authority to do so by lawfully documented evidence, furnishing all documents, forms, and papers as necessary to prove his authority to do so to a neutral, three (3) Notary Panel, hereinafter referred to as The Panel, selected by the Secured Party. Said officer, agent, or representative must guarantee in writing that the officer, agent, or representative signing said documents will be personally liable for any damages due to his unlawful and/or illegal actions. He must supply bonds or other lawful funds to be held in trust by The Panel until The Panel determines if any actions of the officer, agent, or representative have violated any laws or caused damage to the Secured Party. The Panel will have the sole power to determine if any damage has occurred and will release the funds according to The Panel's adjudication. The decision of The Panel will be final with no recourse. The surety bonds and/or funds held in escrow by The Panel must be at least four (4) times the estimated value of the property that is liened, levied, garnished, or attached. The assessment of value will be recorded via affidavit by the Secured Party and delivered to The Panel. The Panel's determination and the assessment thereof will be accepted as truth without question or recourse. Said officer, agent, or representative agrees to surrender, including, but not limited to, any and all surety bonds, public and/or corporate insurance policies, CAFR funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said officer, agent, or representative by the Secured Party. Said officer, agent, or representative agrees that any and all property or collateral with a current or existing lien will remain in the custody and control of the Secured Party until such time as a determination has been made by a jury of twelve of the Secured Party's Peers as defined herein. In the event that a jury of twelve of the Peers cannot be convened or has not been convened within sixty (60) days from the date of the order of the lien, levy, attachment, or garnishment, any action against the Secured Party shall be dismissed with prejudice; and every lien, levy, attachment, or garnishment shall be released within ten (10) days and all property rights restored, unencumbered. The officer, agent, or representative who has authorized said lien, levy, attachment, or garnishment agrees to surrender any and all surety bonds, public and/or corporate insurance policies, CAFR funds, or corporate property as needed to satisfy any and all claims and/or assessments as filed against said officer, agent, or representative by the Secured Party.

68.   **Peer:** Means a Natural Man or Woman Secured Party who has recorded into the public record documents to prove his sovereign status.

69.   **Ignore:** Means to refuse or in any way to deny a lawful request by the Natural Man or Woman Secured Party to have an officer, agent, or representative provide completed legal documents.

70    **Natural Man or Woman:** Means a flesh and blood, living, breathing, biological man or woman created by God, as represented by the Upper and Lower Case Name, including "Natural Man or Woman," or "Real Man," or "Real Woman," or "Real Man/Woman." This is not to be confused with the Fictitious Legal Entity that was created by the STATE and that is represented by the ALL CAPITAL LETTER NAME.

71.   **Debtor:** Means the Fictitious Legal Entity that was created by the STATE and that is represented by the ALL CAPITAL LETTER NAME.

*ATTACHMENT "B"*
2009-344-6800-0, Attachment 17 of 26

# PROOF OF MAILING AND CONTENTS MAILED

Revenue Tracking Number

1 2 3 0 8 3 0

12/09/09   47.00

I, _Linda M. Pierce_, a Notary Public, do hereby certify and

affirm that on the date of September 6, 2007, on behalf of **Daniel-Richard:Buczek and**

**Shane-Christopher:Buczek**, c/o Box 93 7335 Derby New York Republic [14047] I

caused a true and correct copy of: **This NOTICE to Receiving & Recording of**

**VERIFIED AFFIDAVIT OF FACTS AND STATEMENT OF FACTS ON FRAUD**

**BY BUFFALO CITY COURT JUDGES JOE FIORELLA, KEVIN J. KEANE AND**

**SHARON M. LoVallo WAR AGAINST THE CONSTITUTION WITH NO DUE**

**PROCESS OF LAW TREASON STEALING, ALTERING, FALSIFYING AND**

**TAMPERING WITH A WITNESS AND EXTORTION See 18 U.S.C. Sec.**

**1512,1519, 1510,872,112,878,201: The Contents include:**

with these copies of items mailed on
1. **REGISTERED MAIL: # RC 013 154 840 US MARCH 3, 2007  AND 7003 1680 0006 9316 3672TO: MOLLY JO MUSARRA – NO ANSWER**
2. **CERTIFIED MAIL: #7006 2150 0002 8678 5319 MARCH 1,2007 BUFFALO CITY COURTS NO-ANSWER**
3. **REGISTERED MAIL: 013 154 875 US February 16,2007 HON.JUDGE IRELAND NO-ANSWER**
4. **CERTIFIED MAIL: 7004 1160 0003 5300 1641 MAY 22,2007 H.CARL MCCALL NO-ANSWER**
5. **CERTIFIED MAIL: 7004 1160 0003 5300 1702 MAY 30,2007 BYRON W. BROWN NO-ANSWER**
6. CERTIFIED MAIL: 7004 1160 0003 5300 1658 **MAY21,2007** APPELLATE DIVISION ROCHESTER
7. CERTIFIED MAIL: 7004 1160 0003 5300 1634  **MAY 21,2007** STATE OF NEW YORK COURT OF APPEALS
8. **CERTIFIED MAIL: 7004 1160 0003 5300 1634 MAY 21,2007 STATE OF NEW YORK COURT OF APPEALS ALBANY**
9. **REGISTERED MAIL: RC 013 154 969 US MAY 30,2007 APPELLATE DIVISION ROCHESTER, NEW YORK**

PAGE 18 OF 27

# PROOF OF MAILING AND CONTENTS MAILED

Revenue Tracking Number

1 2 3 0 8 3 0

10. CERTIFIED MAIL: 7004 1160 0003 5300 3690 MAY 21,2007 DIVISION OF APPEALS SOLICITOR GENERAL ALBANY, NEW YORK 9/09  47.00

11. CERTIFIED MAIL: 7004 1160 0003 5300 5335 JULY 26,2007 JOHN J. MILLS EAST AURORA

12. CERTIFIED MAIL: 7006 0810 0002 4587 0736 JULY 11, 2007 MARIA WHYTE BUFFALO, NEW YORK

13. CERTIFIED MAIL: 7006 0810 0002 4587 0712 JLUY 11, 2007 DEM. BETTY JEAN GRANT BUFFALO NEW YORK

14. CERTIFIED MAIL: 7006 0810 0002 4587 0460 JULY 12, 2007 U.S. BANKRUPTCY BUFFALO , NEW YORK ·

15. CERTIFIED MAIL: 7004 1160 0003 5300 1610 JULY 20, 2007 HENRY M. PAULSON SECRETARY OF UNITED STATE TREASURY

16. CERTIFIED MAIL: 7005 3110 0003 3037 4117 JULY 23,2007 CAP. MARK S. ANTONIA SR. CRIME AND INCIDENT RECORDS UNIT BUFFALO POLICE

17. CERTIFIED MAIL: 7004 1160 0003 5300 3744  JULY 23, 2007 U.S. ARMY CORPS JACOB K. JAVITS NEW YORK, NEW YORK

18. CERTIFIED MAIL: 7004 1160 0003 5300 3737 JULY 23, 2007 MICHELE M. IANNELLO 92 FRANKLIN STREET BUFFALO NEW YORK

19. CERTIFIED MAIL: 7004 1160 0003 5300 3867 JULY 25, 2007 BARRY WEINSTEIN 5500 MAIN STREET WILLAMSVILLE, NEW YORK

20. CERTIFIED MAIL: 7004 1160 0003 5300 3843 JULY 25, 2007 DAVID FRANCZYK AND  ROBERT SIENKIEWICZ 1412 CITY HALL BUFFALO NEW YORK

21. CERTIFIED MAIL: 7005 3110 0003 3037 4124 JULY 26, 2007 PAUL J. MCGRATH COURT OF APPEALS 20 EAGLE STREET ALBANY, NEW YORK

22. CERTIFIED MAIL: 7004 1160 0003 5300 3775 JULY 23, 2007 DEM. ROBERT B. REYNOLDS JR. DISTRICT 12 HAMBURG, NEW YORK

23. CERTIFIED MAIL: 7004 1160 0003 5300 3706  JULY 16, 2007 DOJ MARHALL JARRETT OFFICE OF PROFESSIONAL RESPONSIBILITY 950 PENNSYLVANIA AVE. WASHINGTON, D.C.

24. CERTIFIED MAIL: 7004 1160 0003 5300 5601 AUGUST 13, 2007 PAUL LAPOINTE NEW YORK STATE DEPARTMENT ALBANY NEW YORK

25. CERTIFIED MAIL: 7004 1160 0003 5300 3782 AUGUST 1, 2007 PRESIDENT BUSH FAMILY 1600 PENNSYLVANIA AVE. WASHINGTON, D.C.

26. REGISTERED MAIL: RB 807 618 789 US August 13, 2007 BRIAN HIGGINS JAMESTOWN, NEW YORK

27. REGISTERED MAIL: RB 807 618 775 US August 22, 2007 FBI CRIMINAL CIVIL RIGHTS DIVISION U.S. DEPARTMENT JUSTICE WASHINGTON, D.C.

28. CERTIFIED MAIL: 7004 1160 0003 5300 5618 August 3, 2007 DEM. CYNTHIA E. LOCKLEAR DISTRICT 9 WEST SENECA, NEW YORK

29. CERTIFIED MAIL: 7006 0810 0002 4587 0552 AUGUST 13,2007 J BUFFALO POLICE 74 FRANKLIN STREET BUFFALO, NEW YORK

2009-344-6800-0, Attachment 19 of 26

## PROOF OF MAILING AND CONTENTS MAILED

Revenue Tracking Number

30. CERTIFIED MAIL: 7006 0810 0002 4587 0798 August 7, 2002 DEM DLNS 0 MARINELLI DISTRICT 11 1701 HERTEL AVE, BUFFALO, NEW YORK

31. CERTIFIED MAIL: 7004 1160 0003 5300 5434 August 2, 2007 HON KEVIN M. DILLON SUPREME COURT 92 FRANKLIN STREET BUFFALO, NEW YORK

32. CERTIFIED MAIL: 7004 1160 0003 5300 5359 August 1, 2007 ERIE COUNTY SHERIFF'S TIMOTHY B. HOWARD 10 DELAWARE AVENUE BUFFALO, NEW YORK

33. CERTIFIED MAIL: 7004 1160 0003 5300 5427 August 1, 2007 HON. PENNY M. WOLFGANG 25 DELAWARE AVENUE BUFFALO, NEW YORK

34. CONFIRMATION NUMBER: 0307 0020 0002 7454 7076 August 10,2007 U.S. ATTORNEY MR. MARTIN J. LITTLEFIELD 68 COURT STREET BUFFALO, NEW YORK

35. CONFIRMATION NUMBER : 0306 3030 0002 2517 5333 September 5, 2007 NEW YORK STATE JUDICAL CONDUCT ALBANY NEW YORK

36. CONFIRMATION NUMBER: 0306 3030 0002 2517 5340 September 5, 2007 JEN AMO ONE FBI PLAZA BUFFALO NEW YORK

37. CERTIFIED MAIL: 7007 0710 0001 5486 3713 September 20, 2007  Hon. Richard C. Kloch 92 Franklin 3rd Floor Buffalo New York

38. CERTIFIED MAIL: 7004 1160 0003 5300 5380 September 20, 2007 Hon. Joel A. Giambra County Executive 95 Franklin Street Room 1600 Buffalo, New York [14202]

39. CERTIFIED MAIL: 7007 0710 0001 5486 3706 September 18, 2007 Hon. Sharon S. Townsend 92 Franklin Street 3rd Floor Buffalo, New York [14202]

40. CERTIFIED MAIL: 7004 1160 0003 5300 5403 September 14, 2007 City of Buffalo Alisa Lukasiewicz 65 Niagara Square Room 1101 Bufalo New York [14202]

41. CERTIFIED MAIL: 7006 0810 0002 4591 6229 Hon. Kevin J. Keane 50 Delaware Avenue Buffalo, New York [14202]

42. CERTIFIED MAIL: 7006 0810 0002 4591 6243 New York Judicial Conduct Lawrence S. Goldman & Alan J. Pope 38-40 State Street Albany New York [12207]

43. CERTIFIED MAIL: 7006 0810 0002 4591 6304 Hon. Thomas P. Amodeo Chief Judge 50 Delaware Avenue Buffalo, New York [14202]

44. CERTIFIED MAIL: Hon. Rose H. Sconiers  50 Delaware Avenue Part 31 8th Floor Buffalo New York [14202]

45. CERTIFIED MAIL: H.McCarthy Gipson Police Commission 74 Franklin Street Buffalo, New York [14202]

46. CERTIFIED MAIL: 7006 0810 0002 4591 6267 Kathy Hochul-Clerk & Mark C. Poloncarz- Comptroller 92 Franklin Street Buffalo, New York [14202]

47. CERTIFIED MAIL: 7006 0810 0002 4591 6236 Diane O' Gorman Buffalo Police Attorney At Law 74 Franklin Street Buffalo, New York [14202]  be served on the party interested below by placing said documents in an envelope addressed as follows:

# PROOF OF MAILING AND CONTENTS MAILED

Revenue Tracking Number

SUPREME COURT & Recording
STATE OF NEW YORK
**ERIE COUNTY COURTS**
92 FRANKLIN STREET
BUFFALO, NEW YORK
(716)845.9328
FAX (716)851-3423

1 2 3 0 8 3 0

12/09/09   47.00

and then caused the envelope to be sealed & deposited with the United States Post
Service. Return Receipt Requested, **by REGISTERED AND CERTIFIED MAIL**
following ordinary business practices.

By: _____ (name)

_____ county        )

_____ state         )

LINDA M. POTWORA
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ERIE COUNTY
MY COMMISSION EXPIRES FEB. 28, 20__

: SS

On this ____ day of _____ 2007, before me,
_____ a Notary Public in and for the above state and county, personally appeared
_____ I'M _k C-L, who proved to me on the basis of satisfactory evidence to be the person who
was sworn and subscribed to the within instrument, by the above-named party's unlimited commercial liability, as true
correct, complete and not misleading. Witness my hand and seal this ____ day of _____ 2007.

SEAL

_____
Notary Public

**My Commission Expires**

A++ACHment Copy;
2009-344-6800-0, Attachment 21 of 26

# FINAL JUDEMENT
JUDGMENT

Revenue Tracking Number
1 2 3 0 8 3 0

12/09/09  47.00

October 22nd 2007

**VIA REGISTERED MAIL RR 973 993 633 US**
**RETURN RECEIPT REQUESTED**

Hon. Michael Pietruszka
Erie County Supreme Court
25 Delaware Avenue
Buffalo, New York [14202]

**Henry Paulson Secretary of Treasury**
United States Department of the Treasury
c/o 1500 Pennsylvania Ave. NW
Washington, D.C. [20220]

U.S. District Court
68 Court Streets
Buffalo, New York [14202]

**Jean M. Savanyu**
**New York Judicial Conduct**
38-40 State Street
Albany, New York [12207]

Kathy Hochul
Erie County Clerk
92 Franklin Street
Buffalo, New York[ 14202]

| | |
|---|---|
| State of New York ) | CERTIFICATE OF |
| County of Erie ) | DISHONOR/BREACH |
| ) | AND NON-RESPONSE |

Be it known that I, _Linda M. Potuora_ , a duly appointed,
commissioned, and qualified Notary Public in and for said County and State, at the request of
Daniel R. Buczek & Shane C. Buczek c/o 7335 Derby Road P.O. Box 93, Derby, New York
[14047], hereinafter, **Family of** ⌐ ____⌐, did present on March 1, 2007 to October 22,2007 , via
**REGISTERED MAIL RR 973 993 633 US** , hereinafter collectively referred to as Respondent,
and demanded acceptance thereof, which was accepted by Respondent's silence.
Whereupon, I solemnly protest the said instrument as against all parties whom it may concern,
for exchange, re-exchange, and all costs, damages of Amount of $ 22,464,000.00 for **Daniel R.**
**Buczek and $142,272,000.00 for Shane C. Buczek CERTIFICATE** of dishonor and Non-
Response in favor of Daniel-Richard family of Buczek and Shane Christopher family of
Buczek and against the Respondent, RE: FALSE ARREST BY ED COTTER AND Incarceration
without warrant damages at the rate of $ 78,000.00 per hour: See Trezevant Vs. Miami for illegal
unlawful incarceration without due process. Note James C. Trezevant, Plaintiff-Appellant vs.
CITY OF TAMPA, a municipal Corporation, et Hillsborough County Board of Criminal Justice
See Nos. 83-3370,83-3038,a/k/a 741 FEDERAL REPORTER 2D 336…. ALSO See USC 50 Sec.
501-593

# FINAL JUDEMENT

Revenue Tracking Number

1 2 3 0 8 3 0

12/09/09   47 00

**Estimated Damages for relief of Unlawful Incarceration ONLY:**
Per: *Estate of Macias vs. Lopez.* in that case. *Trezevant vs. City of Tampa*

## <u>Daniel Richard Buczek 12 days for Amount of $ 22,464,000.00 Federal Reserve Notes U.S. DOLLARS</u>

## <u>Shane Christopher Buczek 76 days for Amount of $ 142, 272,000.00 Federal Reserve Notes U.S. DOLLARS</u>

Payable in gold or silver per

Section. 10. No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Manqué and Reprisal; coin Money; emit Bills of Credit; make anything but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility. Their agents, assigns, beneficiary (ies) and all parties whom it may perform Treason against the American People sent to Fifty public servants of Erie County and Buffalo Police.  As of this date, the associated default has not been cured.

The notes below detail the **terms and conditions of the agreement** that has resulted from Respondent's dishonor, as stated in the dishonored bill.  I certify that I gave due notice to the drawer and endorsers thereof as detailed below:

1. **CERTIFIED MAIL: #7006 2150 0002 8678 5319 MARCH 1,2007  BUFFALO CITY COURTS NO-ANSWER**
2. **REGISTERED MAIL: 013 154 875 US February 16,2007 HON. JUDGE IRELAND NO-ANSWER**
3. **CERTIFIED MAIL: 7004 1160 0003 5300 1641 MAY 22,2007 H.CARL MCCALL NO-ANSWER**
4. **CERTIFIED MAIL: 7004 1160 0003 5300 1702 MAY 30,2007 BYRON W. BROWN NO-ANSWER**
5. CERTIFIED MAIL: 7004 1160 0003 5300 1658 MAY21,2007 APPELLATE DIVISION ROCHESTER
6. CERTIFIED MAIL; 7004 1160 0003 5300 1634  MAY 21,2007 STATE OF NEW YORK COURT OF APPEALS
7. **CERTIFIED MAIL: 7004 1160 0003 5300 1634 MAY 21,2007 STATE OF NEW YORK COURT OF APPEALS ALBANY**
8. **REGISTERED MAIL: RC 013 154 969 US MAY 30,2007 APPELLATE DIVISION ROCHESTER, NEW YORK**
9. **CERTIFIED MAIL: 7004 1160 0003 5300 3690 MAY 21,2007 DIVISION OF APPEALS SOLICITOR GENERAL ALBANY, NEW YORK**
10. **CERTIFIED MAIL: 7004 1160 0003 5300 5335 JULY 26,2007 JOHN J. MILLS EAST AURORA**

11. **CERTIFIED MAIL: 7006 0810 0002 4587 0736 JULY 11, 2007 MARIA WHYTE BUFFALO, NEW YORK**

# FINAL JUDEMENT

Revenue Tracking Number
1 2 3 0 8 3 0

12. **CERTIFIED MAIL: 7006 0810 0002 4587 0712 JLUY 11, 2007 DEM. BETTY JEAN GRANT BUFFALO NEW YORK**
13. **CERTIFIED MAIL: 7006 0810 0002 4587 0460 JULY 12, 2007 U.S. BANKRUPTCY BUFFALO , NEW YORK**
14. **CERTIFIED MAIL: 7004 1160 0003 5300 1610 JULY 20, 2007 HENRY M. PAULSON SECRETARY OF UNITED STATE TREASURY**
15. **CERTIFIED MAIL: 7005 3110 0003 3037 4117 JULY 23, 2007 CAP. MARK S. ANTONIA SR. CRIME AND INCIDENT RECORDS UNIT BUFFALO POLICE**
16. **CERTIFIED MAIL: 7004 1160 0003 5300 3744  JULY 23, 2007 U.S. ARMY CORPS JACOB K. JAVITS NEW YORK, NEW YORK**
17. **CERTIFIED MAIL: 7004 1160 0003 5300 3737 JULY 23, 2007 MICHELE M. IANNELLO 92 FRANKLIN STREET BUFFALO NEW YORK**
18. **CERTIFIED MAIL: 7004 1160 0003 5300 3867 JULY 25, 2007 BARRY WEINSTEIN 5500 MAIN STREET WILLAMSVILLE, NEW YORK**
19. **CERTIFIED MAIL: 7004 1160 0003 5300 3843 JULY 25, 2007 DAVID FRANCZYK AND  ROBERT SIENKIEWICZ 1412 CITY HALL BUFFALO NEW YORK**
20. **CERTIFIED MAIL: 7005 3110 0003 3037 4124 JULY 26, 2007 PAUL J. MCGRATH COURT OF APPEALS 20 EAGLE STREET ALBANY, NEW YORK**
21. **CERTIFIED MAIL: 7004 1160 0003 5300 3775 JULY 23, 2007 DEM. ROBERT B. REYNOLDS JR. DISTRICT 12 HAMBURG, NEW YORK**
22. **CERTIFIED MAIL: 7004 1160 0003 5300 3706  JULY 16, 2007 DOJ MARHALL JARRETT OFFICE OF PROFESSIONAL RESPONSIBILITY 950 PENNSYLVANIA AVE. WASHINGTON, D.C.**
23. **CERTIFIED MAIL: 7004 1160 0003 5300 5601 AUGUST 13, 2007 PAUL LAPOINTE NEW YORK STATE DEPARTMENT ALBANY NEW YORK**
24. **CERTIFIED MAIL: 7004 1160 0003 5300 3782 AUGUST 1, 2007 PRESIDENT BUSH FAMILY 1600 PENNSYLVANIA AVE. WASHINGTON, D.C.**
25. **REGISTERED MAIL: RB 807 618 789 US August 13, 2007 BRIAN HIGGINS JAMESTOWN, NEW YORK**
26. **REGISTERED MAIL: RB 807 618 775 US August 22, 2007 FBI CRIMINAL CIVIL RIGHTS DIVISION U.S. DEPARTMENT JUSTICE WASHINGTON, D.C.**
27. **CERTIFIED MAIL: 7004 1160 0003 5300 5618 August 3, 2007 DEM. CYNTHIA E. LOCKLEAR DISTRICT 9 WEST SENECA, NEW YORK**
28. **CERTIFIED MAIL: 7006 0810 0002 4587 0552 AUGUST 13,2007 J BUFFALO POLICE 74 FRANKLIN STREET BUFFALO, NEW YORK**
29. **CERTIFIED MAIL: 7006 0810 0002 4587 0798 August 7, 2007 DEM. LYNN MARINELLI DISTRICT 11 1701 HERTEL AVE, BUFFALO, NEW YORK**
30. **CERTIFIED MAIL: 7004 1160 0003 5300 5434 August 2, 2007 HON. KEVIN M. DILLON SUPREME COURT 92 FRANKLIN STREET BUFFALO, NEW YORK**

# FINAL JUDEMENT

Revenue Tracking Number
1 2 3 0 8 3 0

31. **CERTIFIED MAIL: 7004 1160 0003 5300 5359 August 1,2007 ERIE COUNTY SHERIFF'S TIMOTHY B. HOWARD 10 DELAWARE AVENUE BUFFALO, NEW YORK**

32. **CERTIFIED MAIL: 7004 1160 0003 5300 5427 August 1, 2007 HON. PENNY M. WOLFGANG 25 DELAWARE AVENUE BUFFALO, NEW YORK**

33. **CONFIRMATION NUMBER: 0307 0020 0002 7454 7076 August 10,2007 U.S. ATTORNEY MR. MARTIN J. LITTLEFIELD 68 COURT STREET BUFFALO, NEW YORK**

34. **CONFIRMATION NUMBER : 0306 3030 0002 2517 5333 September 5, 2007 NEW YORK STATE JUDICAL CONDUCT ALBANY NEW YORK**

35. **CONFIRMATION NUMBER: 0306 3030 0002 2517 5340 September 5, 2007 JEN AMO ONE FBI PLAZA BUFFALO NEW YORK**

36. **CERTIFIED MAIL: 7006 0810 0002 4591 6236 September 14, 2007 Diane O'Gorman Attorney for Buffalo Police 74 Franklin Street**

37. **CERTIFIED MAIL: 7007 0710 0001 5486 3706 September 20,2007 Hon. Richard C. Kloch 92 Franklin 3rd Floor Buffalo, New York**

38. **CERTIFIED MAIL: 7004 1160 0003 5300 5380 September 20, 2007 Hon. Joel A. Giambra County Executive 95 Franklin Street Room 1600 Buffalo New York [14202]**

39. **CERTIFIED MAIL: 7007 0710 0001 5486 3713 September 20, 2007 Hon. Richard C. Kloch 92 Franklin 3rd Floor Buffalo New York**

   **CERTIFIED MAIL: 7004 1160 0003 5300 5380 September 20, 2007 Hon. Joel A. Giambra County Executive 95 Franklin Street Room 1600 Buffalo, New York [14202]**

40. **CERTIFIED MAIL: 7007 0710 0001 5486 3706 September 18, 2007 Hon. Sharon S. Townsend 92 Franklin Street 3rd Floor Buffalo, New York [14202]**

41. **CERTIFIED MAIL: 7004 1160 0003 5300 5403 September 14, 2007 City of Buffalo Alisa Lukasiewicz 65 Niagara Square Room 1101 Buffalo New York [14202]**

42. **CERTIFIED MAIL: 7006 0810 0002 4591 6229 Hon. Kevin J. Keane 50 Delaware Avenue Buffalo, New York [14202]**

43. **CERTIFIED MAIL: 7006 0810 0002 4591 6243 New York Judicial Conduct Lawrence S. Goldman & Alan J. Pope 38-40 State Street Albany New York [12207]**

44. **CERTIFIED MAIL: 7006 0810 0002 4591 6304 Hon. Thomas P. Amodeo Chief Judge 50 Delaware Avenue Buffalo, New York [14202]**

45. **CERTIFIED MAIL: Hon. Rose H. Sconiers 50 Delaware Avenue Part 31 8th Floor Buffalo New York [14202]**

46. **CERTIFIED MAIL: H. McCarthy Gipson Police Commission 74 Franklin Street Buffalo, New York [14202]**

47. **CERTIFIED MAIL: 7006 0810 0002 4591 6267 Kathy Hochul-Clerk & Mark C. Poloncarz- Comptroller 92 Franklin Street Buffalo, New York [14202]**

2009-344-6800-0, Attachment 25 of 26

# FINAL JUDEMENT

Revenue Tracking Number
1 2 3 0 8 3 0

**48. CERTIFIED MAIL: 7006 0810 0002 4591 6236 Diane O'Donnell Buffalo Police Attorney At Law 74 Franklin Street Buffalo, New York [14202]** be served on the party interested below by placing said documents in an envelope addressed as follows:

**49. FAX: To 202.226.4499 Chairman Bennie G. Thompson U.S. House Of Representatives Committee on Homeland Security Washington,D.C. 20515**

**50. FAX: To 202.228.2856 JUDICIARY COMMITTEE: U.S. Senators John Cornyn 172 Russell Senate Office BLDG. Washington, D.C. 20510 Main 202.224.5754 and Fax 202.224.6008**

Pursuant to Uniform Commercial Code 3-505, formal notice is herein given that on or about **March until October 22, 2007** the undersigned Public Notary did present the **VERIFIED AFFIDAVIT OF FACTS and a VERIFIED PLAIN STATEMENT OF FACTS on Treason against the Constitution, Misprision of treason and Fraud by a Judge, (See 18 U.S.C. Sec.1001,1623,1962,1503,201,1506,1513,113,**– as consideration on a private offer, via first class U.S. post with postage pre-paid, to the party listed therein, with notice attached giving the party three days (72 hours) to either accept (pay) or dishonor the draft.

Allowing four days for posting of the Notice and presentment of the draft, and more than three days or 72 hours for the acceptance, time allowed having passed for acceptance, said party having received notice of demand for acceptance or dishonor on said draft, and the Notary showing no record of acceptance, now deems this draft to have been dishonored, and therefore confession of judgment of the merits is warranted.

DECLARATION UNDER PENALTY OF PERJURY

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT

Date: _10/23/07_

_Linda M. Potwora_
Notary Public

Seal

LINDA M. POTWORA
NOTARY PUBLIC, STATE OF NEW YOR...
QUALIFIED IN ERIE COUNTY
MY COMMISSION EXPIRES FEB. 28, 20 10